**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number *(if known)*: _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Texas Auto And Truck, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **dba Griffin Motors**<br>**dba Griffin Motors-Buda**<br>**dba Austin Auto Exchange** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **74-2409969** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8245 S. US Hwy 183** | |
| Number        Street | Number        Street |
| **Lockhart**          **TX**   **78644** | |
| City          State   Zip Code | City          State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **CALDWELL** | |
| County | Number          Street |
| | City          State   Zip Code |

5. Debtor's website (URL)  _____

| Debtor | **Texas Auto And Truck, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**6.**   **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.**   **Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4411**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | **Texas Auto And Truck, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ MM/DD/YYYY Case number _____

District _____ When _____ MM/DD/YYYY Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor **Haskell Griffin** Relationship **Affiliate-Owner**

District **W.D.TX** When **4/11/2025** MM/DD/YYYY

Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

| Debtor | **Texas Auto And Truck, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Statistical and administrative information

**13.** **Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/11/2025
MM / DD / YYYY

**x** /s/ Haskell Griffin
Signature of authorized representative of debtor

**Haskell Griffin**
Printed name

Title  **President/Owner**

| Debtor | **Texas Auto And Truck, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**18.   Signature of attorney**

✗ **/s/ Todd Headden**          Date **04/11/2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Todd Headden**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
Number        Street

**Austin**                **TX**      **78757**
City                        State      ZIP Code

**(737) 881-7100**                **theadden@haywardfirm.com**
Contact Phone                    Email address

24096285                    **Texas**
Bar number                    State

**Fill in this information to identify your case:**

Debtor Name  **Texas Auto And Truck, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chase Milage plus United<br>P O Box 15123<br>Wilmington, DE 19850-5123 | | Credit Card Purchases of Auto and RV parts | | | | $16,078.36 |
| 2 | Discover Card<br>P O Box 71242<br>Charlotte, NC 2821242 | | Credit Card purchases of Auto and RV parts | | | | $10,302.26 |
| 3 | AutoZone Inc.<br>PO Box 116067<br>Atlanta, GA 30368-6067 | | Auto parts | | | | $4,782.04 |
| 4 | North American Bankcard<br>250 North Stephenson Hwy<br>Troy, MI 48083 | | They process our customers credit card payments | | | | $2,400.00 |
| 5 | P1 Finance<br>PO Box 922025<br>Norcross, GA 30010 | | Garage Liability Insurance and auto coverage plus cyber coverage | | | | $1,854.11 |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor     **Texas Auto And Truck, Inc.**                    Case number *(if known)*  _____
                      Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | **Seal CPA and Company**<br>**711 Janes RD**<br>**West, TX 76691** | | **Accounting Services** | | | | $1,812.50 |
| 7 | **United of Omaha Insurance Company**<br>**Mutual of Omaha Plaza**<br>**Omaha, NE 68174-0001** | | **Medical Insurance** | | | | $1,029.31 |
| 8 | **Cavender Nissan of San Marcos**<br>**2800 S. Interstate 35**<br>**San Marcos, TX 78666** | | **Auto Parts** | | | | $892.91 |
| 9 | **Dealer Socket**<br>**PO Box 843876**<br>**Los Angeles, CA 90084-3876** | | **Dealer BHPH Computer services** | | | | $851.18 |
| 10 | **Bluebonnet Electrical Coop**<br>**690 Texas 71 W.**<br>**Bastrop, TX 78602** | | **Electrical Service** | | | | $782.66 |
| 11 | **Snyder's**<br>**P O Box 32**<br>**Holland, TX 76534** | | **Auto Parts** | | | | $750.00 |
| 12 | **A-1 Parts Mart**<br>**PO Box 17998**<br>**Austin, TX 78760** | | **Auto Parts** | | | | $540.00 |
| 13 | **Genworth Life**<br>**PO Box 40005**<br>**LYNCHBURG, VA 24506** | | **Long Term Care Insurance** | | | | $528.01 |
| 14 | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | | **Mobil Phone monthly plan** | | | | $495.73 |
| 15 | **Genworth Life Insurance Company**<br>**PO Box 40005**<br>**LYNCHBURG, VA 24506** | | **Long Term Care Insurance** | | | | $373.32 |
| 16 | **Xerox Financial Services**<br>**P O Box 13604**<br>**Philadelphia, PA 19101-3604** | | **Lease on Printer** | | | | $270.84 |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor  **Texas Auto And Truck, Inc.**          Case number *(if known)* _____
Name

| 17 | Paul Revere Life Insurance Company 18 Chesnut Street Worcester, MA 01608 | | Long term Disability Insurance | | | | $247.28 |
| 18 | Metzger Services PO Box 800273 Dallas, TX 75380 | | Website and e-mail Services and support | | | | $220.66 |
| 19 | AmTrust Financial Services Inc. PO Box 6939 Cleveland, OH 44101-1939 | | Workers' Comp. Coverage | | | | $215.00 |
| 20 | Oak Knoll Communities Services 8245 S Hwy. 183 Lockhart, TX 78644 | | Rental on Tow Truck | | | | $200.00 |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

**Fill in this information to identify the case and this filing:**

Debtor Name  **Texas Auto And Truck, Inc.**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (*if known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/11/2025          **x** **/s/ Haskell Griffin**
　　　　　　　MM/DD/YYYY                Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　**Haskell Griffin**
　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　**President/Owner**
　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

**Fill in this information to identify your case:**

Debtor Name    **Texas Auto And Truck, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................

   $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................

   $ _____ **4,113,631.21**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................

   $ _____ **4,113,631.21**

---

**Part 2:** **Summarize Your Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................................

   $ _____ **2,592,892.36**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................

   $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................

   **+** $ _____ **59,023.32**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b

   $ _____ **2,651,915.68**

---

**Fill in this information to identify your case:**

Debtor Name   __Texas Auto And Truck, Inc.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                       $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1   First Lockhart National Bank | Checking Account | 2993 | $              15,000.00 |
| 3.2   Plains Capital Bank | Checking Account | 2600 | $                   185.10 |

4. **Other cash equivalents** (*Identify all*)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | $              15,185.10 |

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor  **Texas Auto And Truck, Inc.**                                    Case number (*if known*) _____
_____
Name

---

**Part 2:**  **Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**
  ☐ No. Go to Part 3.
  ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
  Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
  Description, including name of holder of prepayment

  **8.1**  __Retainer paid to attorney for bankruptcy filing.__                    $_____**4,000.00**

9.  **Total of Part 2**
  Add lines 7 through 8. Copy the total to line 81.

  $_____**4,000.00**

---

**Part 3:**  **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**
  ☒ No. Go to Part 4.
  ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11.  **Accounts receivable**

  **11a. 90 days old or less:**  _____  –  _____  =  $_____
                                face amount              doubtful or uncollectible accounts

  **11b. Over 90 days old:**  _____  –  _____  =  $_____
                              face amount              doubtful or uncollectible accounts

12.  **Total of Part 3**
  Current value on lines 11a + 11b = line 12. Copy the total to line 82.

  $_____**0.00**

---

Debtor **Texas Auto And Truck, Inc.**

Name

Case number *(if known)* _____

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: _____ % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____ **0.00**

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Vehicles for Sale (See Attached)** | **4/10/2025** MM / DD / YYYY | $ **434,475.86** | **Book** | $ **434,475.86** |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____ **434,475.86**

---

Debtor  **Texas Auto And Truck, Inc.**_____  Case number *(if known)* _____
 Name

24. **Is any of the property listed in Part 5 perishable?**
 ☒ No
 ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ☒ No
 ☐ Yes.

 Book value  $_____  Valuation method _____  Current Value  $_____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ☒ No
 ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
 ☒ No. Go to Part 7.
 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor      **Texas Auto And Truck, Inc.**                                    Case number *(if known)* _____
        Name

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☒ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes

    Book value  $ _____    Valuation method _____    Current Value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **10 stackable armless chairs bought in 2010** | $ 0.00 | internet | $ 300.00 |
| **3 metal Secretary desks bought in 2010.** | $ 0.00 | internet | $ 450.00 |
| **4 metal side tables** | $ 0.00 | internet | $ 120.00 |
| **5 office chairs bought in 2010** | $ 0.00 | internet | $ 375.00 |
| **6 leather side chairs bought in 1984** | $ 0.00 | internet | $ 300.00 |

---

Copyright © Financial Software Solutions, LLC

Debtor  **Texas Auto And Truck, Inc.**
　　　　　Name

Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| **Executive desk with matching bookcase and 2 drawer file cabinet. bought in 1984.** | $ 0.00 | Internet | $ 200.00 |
| **large wooden L-shaped office desk bought in 1984** | $ 0.00 | internet | $ 150.00 |
| **Round visitor table bought in 2010** | $ 0.00 | internet | $ 30.00 |
| **wooden L shaped wooden desk with matching credenza bought in 1984** | $ 0.00 | internet | $ 200.00 |

40.  **Office fixtures**

| | | | | |
|---|---|---|---|---|
| **10 2-drawer metal file cabinets** | $ 0.00 | internet | $ 200.00 |
| **10 4-drawer metal file cabinets bought in 1984** | $ 0.00 | internet | $ 500.00 |
| **2 fireproof legal size file cabinets bought in 1984** | $ 0.00 | internet | $ 200.00 |
| **3 Amazon basic paper shredders bought in 2023** | $ 0.00 | amazon | $ 45.00 |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| **12 security camera system** | $ 0.00 | internet | $ 500.00 |
| **3 Deck printers** | $ 0.00 | internet | $ 300.00 |
| **46 inch camera monitor** | $ 0.00 | amazon | $ 200.00 |
| **5 desk top computers with monitors** | $ 0.00 | internet | $ 500.00 |
| **5 phone office phone system.** | $ 0.00 | internet | $ 600.00 |
| **water cooler for 5-gallon bottle** | $ 0.00 | amazon | $ 50.00 |

Debtor  **Texas Auto And Truck, Inc.** _____  Case number *(if known)* _____
        Name

**white Frigidaire Electrolux refrigerator** _____  $ _____ **0.00**  internet _____  $ _____ **250.00**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____  $ _____  _____  $ _____

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.    $ _____ **5,470.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**47.1**  __2004 GMC Truck (Vin#4650)(Lease)__  $ ____ **Unknown**  _____  $ _____ **Unknown**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

_____  $ _____  _____  $ _____

49. **Aircraft and accessories**

_____  $ _____  _____  $ _____

Copyright © Financial Software Solutions, LLC

Debtor **Texas Auto And Truck, Inc.**
Name

Case number *(if known)* _____

---

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| **2 Air compressors** | $ 0.00 | internet | $ | 1,600.00 |
| **2 Battery chargers** | $ 0.00 | estimate | $ | 300.00 |
| **2 Generators** | $ 0.00 | estimate | $ | 500.00 |
| **3 Three-ton floor jacks** | $ 0.00 | internet | $ | 240.00 |
| **automobile air conditioner freon machine** | $ 0.00 | estimate | $ | 2,000.00 |
| **automobile computer diagnostics system** | $ 0.00 | estimate | $ | 1,250.00 |
| **Carryall cart** | $ 0.00 | cost | $ | 2,500.00 |
| **Kolar welder** | $ 0.00 | estimate | $ | 3,000.00 |
| **Polaris ATV** | $ 0.00 | cost | $ | 3,500.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 14,890.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:** Real property

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    **Texas Auto And Truck, Inc.** _____    Case number *(if known)* _____
       Name

---

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ **0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations**<br>**Customer List of borrowers.** | $ __**Unknown**__ | _____ | $ __**Unknown**__ |
| **64. Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |

---

Debtor **Texas Auto And Truck, Inc.** _____  Case number *(if known)* _____
Name

65. **Goodwill**

_____  $ _____  _____  $ _____

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |

71. **Notes receivable**

Description (include name of obligor)

| **Finance Receivables from customers purchasing vehicles from Debtor.** | | | | | |
|---|---|---|---|---|---|
| _____ | 3,692,068.75 | – | 52,458.50 | = | $ 3,639,610.25 |
| | Total face amount | | doubtful or uncollectible accounts | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax Year _____  $ _____

73. **Interests in insurance policies or annuities**

_____  $ _____

Debtor　**Texas Auto And Truck, Inc.**　　　　　　　Case number *(if known)*　_____
　　　　　Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

　　　_____　　　　　　　　　　$ _____

　　　**Nature of claim**　　　_____

　　　**Amount requested**　　$ _____

　　　　　　　　　　　　_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

　　　_____　　　　　　　　　　$ _____

　　　**Nature of claim**　　　_____

　　　**Amount requested**　　$ _____

76. **Trusts, equitable or future interests in property**

　　　_____　$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

　　　_____　$ _____

78. **Total of Part 11.**

　　　Add lines 71 through 77. Copy the total to line 90.　　　　　$ _____**3,639,610.25**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

　　　☒ No
　　　☐ Yes

---

**Part 12:**　　**Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 15,185.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 4,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Debtor  **Texas Auto And Truck, Inc.**  _____  Case number *(if known)*  _____
          Name

84  **Inventory.** *Copy line 23, Part 5.*  $  _____434,475.86_

85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.*  $  _____0.00_

86.  **Office furniture, fixtures, and equipment; and collectibles.**
     *Copy line 43, Part 7.*  $  _____5,470.00_

87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*  $  _____14,890.00_

88.  **Real property.** *Copy line 56, Part 9.* ...............................➔  $  _____0.00_

89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.*  $  _____0.00_

90.  **All other assets**. *Copy line 78, Part 11.*  ✚  $  _____3,639,610.25_

91.  **Total.** Add lines 80 through 90 for each column..................... 91a.  $  _____4,113,631.21_  ✚ 91b.  $  _____0.00_

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.  ...................................................................................  $  _____4,113,631.21_

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

Debtor Name  **Texas Auto And Truck, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*if known*): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's Name**

**Iron Stone Enterprise, LLC**

**Creditor's mailing address**
**8245 S US Highway 183**
**Lockhart, TX 78644**

**Creditor's email address, if known**
**haskell@austinautoexchange.net**

**Date debt was incurred** 02/16/2024

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

22.1 Vehicles for Sale (See Attached), Book

$ 350,000.00   $ 202,679.66

**Describe the lien**
**Texas Auto and Truck, Inc.**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

Floor Plan loan

Copyright © Financial Software Solutions, LLC

Debtor  **Texas Auto And Truck, Inc.**                                    Case number *(if known)* _____
        Name

---

| **2.2** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**Plains Capital Bank**

**22.1 Vehicles for Sale (See Attached), Book**       $ _____ 113,104.02  $ _____ 85,318.02

**Creditor's mailing address**
**6565 Hillcrest Avenue**
**Dallas, TX 75205**

**Creditor's email address, if known**          **Describe the lien**          **Description**
_____                                _____                 | Floor plan |

**Date debt was incurred**  **12-17-2013**     **Is the creditor an insider or related party?**
                                               ☒ No
**Last 4 digits of account number**  **38-1**   ☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No                                           **Is anyone else liable on this claim?**
☐ Yes. Have you already specified the relative priority?  ☐ No
   ☐ No.  Specify each creditor, including this   ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
        creditor, and its relative priority.
        _____                        **As of the petition filing date, the claim is:**
                                               Check all that apply.
   ☐ Yes. The relative priority of creditors is   ☐ Contingent
        specified on lines _____      ☐ Unliquidated
                                               ☐ Disputed

---

| **2.3** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**Plains Capital Bank**

**22.1 Vehicles for Sale (See Attached), Book**       $ _____ 2,129,788.34  $ _____ 3,500,000.00

**Creditor's mailing address**                 **71.1 Finance Receivables from customers purchasing vehicles from Debtor.**

**6565 Hillcrest Avenue**
**Dallas, TX 75205**

**Creditor's email address, if known**          **Describe the lien**          **Description**
_____                                _____                 | Receivable Credit line |

**Date debt was incurred**  **02/29/2012**     **Is the creditor an insider or related party?**
                                               ☒ No
**Last 4 digits of account number**  **5886**   ☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No                                           **Is anyone else liable on this claim?**
☒ Yes. Have you already specified the relative priority?  ☐ No
   ☐ No.  Specify each creditor, including this   ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
        creditor, and its relative priority.
        _____                        **As of the petition filing date, the claim is:**
                                               Check all that apply.
   ☐ Yes. The relative priority of creditors is   ☐ Contingent
        specified on lines _____      ☐ Unliquidated
                                               ☐ Disputed

---

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**       $ **2,592,892.36**

---

| Debtor | **Texas Auto And Truck, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Flume Law Firm, LLP**<br>**Attn: Michael Flume**<br>**P.O. Box 17746**<br>**San Antonio, TX 78217** | Line 2. **3** | **5886** |

**Fill in this information to identify your case:**

Debtor    **Texas Auto And Truck, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*if known*):

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Total Claim | Priority Amount |
|---|---|---|

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**700Credit**

**PO Box 101015**

**Pasadena, CA 91189-0003**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

**Monthly**

**Basis for the claim:**

**Description**

**Credit review and reporting service**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    **Texas Auto And Truck, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

| | | Check all that apply. | $ 540.00 |

**A-1 Parts Mart**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 17998**

**Austin, TX 78760**

**Date or dates debt was incurred**          **Basis for the claim:**                    Description

**March**                                  _____        Auto Parts

**Last 4 digits of account number    0196**    **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

| | | Check all that apply. | $ 73.44 |

**A-Line Auto Parts-Buda**

☐ Contingent
☐ Unliquidated
☐ Disputed

**149 Park 35 Cove S.**

**Buda, TX 78610**

**Date or dates debt was incurred**          **Basis for the claim:**                    Description

**February and March**                     _____        Auto Parts

**Last 4 digits of account number    1096**    **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

| | | Check all that apply. | $ 89.22 |

**Airgas USA, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 676015**

**Dallas , TX 75267-6015**

**Date or dates debt was incurred**          **Basis for the claim:**                    Description

**Monthly**                                _____        Oxygen and Gas for
                                                                           cutting torch

**Last 4 digits of account number    8293**    **Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor __**Texas Auto And Truck, Inc.**_____    Case number *(if known)* _____
Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 194.20 |

**Ameritas Life Insurance Corp**

**PO Box 81889**

**LINCOLN, NE 68501-1889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Monthly**

**Last 4 digits of account number    0002**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
Dental Insurance

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 51.71 |

**Ameritas Life Insurance Corp.**

**PO Box 81889**

**LINCOLN, NE 68501-1889**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Monthly**

**Last 4 digits of account number    0001**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
Employee Vision insurance

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 215.00 |

**AmTrust Financial Services Inc.**

**PO Box 6939**

**Cleveland, OH 44101-1939**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Monthly**

**Last 4 digits of account number    3293**

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
Workers' Comp. Coverage

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor    __**Texas Auto And Truck, Inc.**__                                    Case number *(if known)* _____
       Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__**Aqua Water**__

__**Po Box P**__

__**Bastrop, TX 78602**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**
__**Monthly**__

**Last 4 digits of account number    9501**

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Public water usage

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__**Arnold Oil Company of Austin**__

__**PO Box 18089**__

__**Austin, TX 78760**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **73.44**

**Date or dates debt was incurred**
__**As needed**__

**Last 4 digits of account number    1096**

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Oil Products and Enviromental removal of used oil

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__**AT&T Mobility**__

__**PO Box 6463**__

__**Carol Stream , IL 60197-6463**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **495.73**

**Date or dates debt was incurred**
__**Monthly**__

**Last 4 digits of account number    0893**

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Mobil Phone monthly plan

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor    **Texas Auto And Truck, Inc.**                                          Case number *(if known)*
_____                              _____
Name

| | | |
|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.11** Nonpriority creditor's name and mailing address

**AutoZone Inc.**

**PO Box 116067**

**Atlanta, GA 30368-6067**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,782.04**

Date or dates debt was incurred
**2021**

Basis for the claim:
**Supplies auto parts**

Description
**Auto parts**

Last 4 digits of account number    **1527**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Bluebonnet Electrical Coop**

**690 Texas 71 W.**

**Bastrop, TX 78602**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **782.66**

Date or dates debt was incurred
**Monthly**

Basis for the claim:

Description
**Electrical Service**

Last 4 digits of account number    **6652**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Brinks Home Security**

**Dept. CH 8628**

**Palatine, IL 60055**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **84.61**

Date or dates debt was incurred
**Monthly**

Basis for the claim:

Description
**Security system**

Last 4 digits of account number    **5969**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    __Texas Auto And Truck, Inc.__                                  Case number *(if known)* _____
      Name

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **0.00** |

**Business Communications Solutions**

**102 Wigeon CV**

**Cedar Park, TX 78613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**As needed**

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description
IT Services

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claims is: *Check all that apply.* | $ **892.91** |

**Cavender Nissan of San Marcos**

**2800 S. Interstate 35**

**San Marcos, TX 78666**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March**

Last 4 digits of account number    **5642**

Basis for the claim:
_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description
Auto Parts

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claims is: *Check all that apply.* | $ **16,078.36** |

**Chase Milage plus United**

**P O Box 15123**

**Wilmington, DE 19850-5123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**February/March**

Last 4 digits of account number _____

Basis for the claim:
_____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description
Credit Card Purchases of Auto and RV parts

---

Copyright © Financial Software Solutions, LLC

Debtor __**Texas Auto And Truck, Inc.**__
Name

Case number *(if known)* _____

---

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**Dealer Socket**

**PO Box 843876**

**Los Angeles, CA 90084-3876**

Date or dates debt was incurred
**Monthly**

Last 4 digits of account number    **2528**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ **851.18**

Description
**Dealer BHPH Computer services**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Discover Card**

**P O Box 71242**

**Charlotte, NC 2821242**

Date or dates debt was incurred
**January-March**

Last 4 digits of account number    **6966**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ **10,302.26**

Description
**Credit Card purchases of Auto and RV parts**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**E-Oscar OLDE**

**12276 San Jose Blvd. Suite 427**

**Jacksonville, FL 32223**

Date or dates debt was incurred
**Monthly**

Last 4 digits of account number    **1903**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ **31.98**

Description
**Credit Dispute Services**

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor __**Texas Auto And Truck, Inc.**__                          Case number *(if known)* _____
        Name

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____**Unknown** |

__**Firestone Complete Auto Care**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**P O Box 403727**__

__**Atlanta, GA 30384-3727**__

**Date or dates debt was incurred**
__**February-March**__

**Basis for the claim:**
_____

**Description**
| Tires and services |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claims is:** *Check all that apply.* | $_____**528.01** |

__**Genworth Life**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**PO Box 40005**__

__**LYNCHBURG, VA 24506**__

**Date or dates debt was incurred**
__**Monthly**__

**Basis for the claim:**
_____

**Description**
| Long Term Care Insurance |

**Last 4 digits of account number**    __**4637**__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claims is:** *Check all that apply.* | $_____**373.32** |

__**Genworth Life Insurance Company**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**PO Box 40005**__

__**LYNCHBURG, VA 24506**__

**Date or dates debt was incurred**
__**Monthly**__

**Basis for the claim:**
_____

**Description**
| Long Term Care Insurance |

**Last 4 digits of account number**    __**4638**__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    **Texas Auto And Truck, Inc.**             Case number *(if known)* _____
        Name

---

**3.23** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

$ _____ **3,400.00**

**Haskell and Jennifer Griffin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**8245 S Hwy 183**

**Lockhart, TX 78644**

**Date or dates debt was incurred**

**2/1/2024**

**Basis for the claim:**
_____

**Description**

**Lease payment for Business location**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

$ _____ **10,000.00**

**Jennifer Griffin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**8245 S Hwy. 183**

**Lockhart, TX 78644**

**Date or dates debt was incurred**

**12/06/2024**

**Basis for the claim:**
_____

**Description**

**Loan to finish Plains Capital floor plan**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

$ _____ **Unknown**

**Lockhart Motor Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2330 S. Colorado St.**

**Lockhart, TX 78644**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
_____

**Description**

**Auto Parts**

**Last 4 digits of account number**   **0246**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                      BlueStylus

Debtor **Texas Auto And Truck, Inc.**                              Case number *(if known)* _____
_____
Name

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 220.66 |

**Metzger Services**

**PO Box 800273**

**Dallas, TX 75380**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Monthly**

**Basis for the claim:**
_____

**Description**

Website and e-mail Services and support

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 2,400.00 |

**North American Bankcard**

**250 North Stephenson Hwy**

**Troy, MI 48083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Monthly**

**Basis for the claim:**

**Credit card Processing Service**

**Description**

They process our customers credit card payments

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 200.00 |

**Oak Knoll Communities Services**

**8245 S Hwy. 183**

**Lockhart, TX 78644**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Monthly**

**Basis for the claim:**
_____

**Description**

Rental on Tow Truck

**Last 4 digits of account number** **3500**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

Debtor     __**Texas Auto And Truck, Inc.**__                                    Case number *(if known)* _____
                Name

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,854.11

__P1 Finance__

__PO Box 922025__

__Norcross , GA 30010__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
__Monthly__

**Basis for the claim:**
_____

**Description**
Garage Liability Insurance and auto coverage plus cyber coverage

**Last 4 digits of account number**   __9360__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 247.28

__Paul Revere Life Insurance Company__

__18 Chesnut Street__

__Worcester, MA 01608__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
__Monthly__

**Basis for the claim:**
_____

**Description**
Long term Disability Insurance

**Last 4 digits of account number**   __5401__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Unknown

__Performance Radiator Pacific, LLC__          llc

__PO Box 11224__

__Tacoma , WA 98411-0224__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Radiator Repair

**Last 4 digits of account number**   __2542__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

Debtor    **Texas Auto And Truck, Inc.**                                    Case number *(if known)* _____
_____
          Name

---

| 3.32 | Nonpriority creditor's name and mailing address |

**Schmidt Sons Inc.**

**P O Box 232**

**Gonzales, TX 78629**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

Fuel

**Last 4 digits of account number**   **ffmo** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address |

**Seal CPA and Company**

**711 Janes RD**

**West, TX 76691**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,812.50**

**Date or dates debt was incurred**
**March**

**Basis for the claim:**
_____

**Description**

Accounting Services

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address |

**Snyder's**

**P O Box 32**

**Holland, TX 76534**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **750.00**

**Date or dates debt was incurred**
**March**

**Basis for the claim:**
_____

**Description**

Auto Parts

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor __Texas Auto And Truck, Inc.__      Case number *(if known)* _____
      Name

---

| **3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $              **Unknown** |

*Check all that apply.*

__Spectrum Business__

☐ Contingent
☐ Unliquidated
☐ Disputed

__P O Box 223085__

__Pittsburgh, PA 15251-2085__

**Date or dates debt was incurred**           **Basis for the claim:**          **Description**

_____       _____      Internet Service

**Last 4 digits of account number**    __9701__      **Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $              **0.00** |

*Check all that apply.*

__Steele Chrysler Jeep Dodge Ram__

☐ Contingent
☐ Unliquidated
☐ Disputed

__2000 S Colorado__

__Lockhart, TX 78644__

**Date or dates debt was incurred**           **Basis for the claim:**          **Description**

_____       _____      Auto Parts

**Last 4 digits of account number**    _____      **Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $              **Unknown** |

*Check all that apply.*

__Steele Luling Chevrolet__

☐ Contingent
☐ Unliquidated
☐ Disputed

__P O Box 551__

__Luling, TX 78648-2701__

**Date or dates debt was incurred**           **Basis for the claim:**          **Description**

_____       _____      Auto Parts

**Last 4 digits of account number**    __3364__      **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor __**Texas Auto And Truck, Inc.**_____  Case number *(if known)* _____
　　　　　Name

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 110.99 |

**T-Mobile For Business**

**PO Box 37380**

**Albuquerque, NM 87176-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Monthly**

**Basis for the claim:**
_____

**Description**
mobile phone service contract

**Last 4 digits of account number   1207**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 194.00 |

**Tadiran Telecom**

**2030 Powers Ferry RD SE, Ste204**

**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**Monthly**

**Basis for the claim:**
_____

**Description**
Telephones and Service

**Last 4 digits of account number   2961**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |

**Texas Comptroller of Public Accounts**

**P.O. Box 13528, Capitol Station**

**Austin, TX 78711-3528**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**
Disputed Admin. Penalty

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    __Texas Auto And Truck, Inc.__                    Case number *(if known)* _____
          Name

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Texas Deposal Services**

P O Box 674090

Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   **8603**

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
Garbage Pick up

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **93.56** |

**The Home Depot**

PO Box 9001030

Louisville, KY 40290-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Monthly

**Last 4 digits of account number**   **1743**

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
Materials to repair RVs

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **1,029.31** |

**United of Omaha Insurance Company**

**Mutual of Omaha Plaza**

**Omaha, NE 68174-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Quarterly

**Last 4 digits of account number**   _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
Medical Insurance

---

Debtor   **Texas Auto And Truck, Inc.**                                    Case number *(if known)* _____
         Name

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|------|

**3.44**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*                                $_____270.84

**Xerox Financial Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P O Box 13604**

**Philadelphia, PA 19101-3604**

Date or dates debt was incurred          Basis for the claim:          Description
**Monthly**                              _____          **Lease on Printer**

Last 4 digits of account number   **6625**          **Is the claim subject to offset?**
                                                    ☒ No
                                                    ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---------|

**4.**  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---------|

**5.**  Add the amounts of priority and nonpriority unsecured claims.          **Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
|-----|

5a.  **Total claims from Part 1**          5a.   $_____0.00

5b.  **Total claims from Part 2**          5b.  **+** $_____59,023.32

5c.  **Total of Parts 1 and 2**            5c.   $_____59,023.32
     Lines 5a + 5b = 5c.

---

**Fill in this information to identify your case:**

Debtor Name __Texas Auto And Truck, Inc.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest __2005 GMC 3500 Lease__<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **Oak Knoll Community Services**<br>**8245 S. HWY 183**<br>**Lockhart, TX 78644** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest __Credit Reporting and Credit Review Services__<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **700 Credit**<br>**PO Box 101015**<br>**Pasadena, CA 91189-0003** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest __Mobile Phone__<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest __BHPH Dealer Computer Services__<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | **Dealer Socket**<br>**PO Box 843876**<br>**Los Angeles, CA 90084-3876** |

Official Form 206G **Schedule G: Executory Contracts and Unexpired Leases** page 1 of 2

Copyright © Financial Software Solutions, LLC BlueStylus

Debtor   __Texas Auto And Truck, Inc.__                                    Case number *(if known)* _____
　　　　　　　Name

---

**2.5** State what the contract or lease is for and the nature of the debtor's interest

__Credit Dispute Services__

State the term remaining _____

List the contract number of any government contract _____

> E-Oscar OLDE
> 12276 San Jose Blvd. Suite 427
> Jacksonville, FL 32223

---

**2.6** State what the contract or lease is for and the nature of the debtor's interest

__Website and Email Support and Services__

State the term remaining _____

List the contract number of any government contract _____

> Metzger Services
> PO Box 800273
> Dallas, TX 75380

---

**2.7** State what the contract or lease is for and the nature of the debtor's interest

__Credit Card Processing Service__

State the term remaining _____

List the contract number of any government contract _____

> North American Bankcard
> 250 North Stephenson Hwy.
> Troy, MI 48083

---

**2.8** State what the contract or lease is for and the nature of the debtor's interest

__Internet Services__

State the term remaining _____

List the contract number of any government contract _____

> Spectrum Business
> PO Box 223085
> Pittsburgh, PA 15251-2085

---

**2.9** State what the contract or lease is for and the nature of the debtor's interest

__Mobile Phone Service Contract__

State the term remaining _____

List the contract number of any government contract _____

> T-Mobile for Business
> PO Box 37380
> Alburquerque, NM 87176-7380

---

**2.10** State what the contract or lease is for and the nature of the debtor's interest

__Telephones and Services__

State the term remaining _____

List the contract number of any government contract _____

> Tadiran Telecom
> 2030 Powers Ferry RD SE
> Suite 204
> Atlanta, GA 30339

---

**2.11** State what the contract or lease is for and the nature of the debtor's interest

__Printer Lease__

State the term remaining _____

List the contract number of any government contract _____

> Xerox Financial Services
> PO Box 13604
> Philadelphia , PA 19101-3604

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

**Fill in this information to identify your case:**

Debtor Name  __Texas Auto And Truck, Inc.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.2** **Haskell Griffin** <br> Name | **8245 South US Hwy 183** <br> Number   Street <br><br> **Lockhart**   **TX**   **78644** <br> City   State   Zip Code | **Plains Capital Bank** <br> Name | ☑ D  2.2 <br> ☐ E/F  _____ <br> ☐ G  _____ |
| Description | | | |
| **2.3** **Haskell Griffin** <br> Name | **8245 South US Hwy 183** <br> Number   Street <br><br> **Lockhart**   **TX**   **78644** <br> City   State   Zip Code | **Plains Capital Bank** <br> Name | ☑ D  2.3 <br> ☐ E/F  _____ <br> ☐ G  _____ |
| Description | | | |
| **3.11** **Haskell Griffin** <br> Name | **8245 South US Hwy 183** <br> Number   Street <br><br> **Lockhart**   **TX**   **78644** <br> City   State   Zip Code | **AutoZone Inc.** <br> Name | ☐ D  _____ <br> ☑ E/F  3.11 <br> ☐ G  _____ |
| Description | | | |

Copyright © Financial Software Solutions, LLC

BlueStylus

# United States Bankruptcy Court

## Western District of Texas

In re  **Texas Auto And Truck, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  04/11/2025

**/s/ Haskell Griffin**
**Haskell Griffin**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**700 Credit**
**PO Box 101015**
**Pasadena, CA 91189-0003**


**700Credit**
**PO Box 101015**
**Pasadena, CA 91189-0003**


**A-1 Parts Mart**
**PO Box 17998**
**Austin, TX 78760**


**A-Line Auto Parts-Buda**
**149 Park 35 Cove S.**
**Buda, TX 78610**


**Airgas USA, LLC**
**PO Box 676015**
**Dallas, TX 75267-6015**


**Ameritas Life Insurance Corp**
**PO Box 81889**
**LINCOLN, NE 68501-1889**


**Ameritas Life Insurance Corp.**
**PO Box 81889**
**LINCOLN, NE 68501-1889**


**AmTrust Financial Services Inc.**
**PO Box 6939**
**Cleveland, OH 44101-1939**


**Aqua Water**
**Po Box P**
**Bastrop, TX 78602**

Copyright © Financial Software Solutions, LLC

**Arnold Oil Company of Austin**
**PO Box 18089**
**Austin, TX 78760**


**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**


**AutoZone Inc.**
**PO Box 116067**
**Atlanta, GA 30368-6067**


**Bluebonnet Electrical Coop**
**690 Texas 71 W.**
**Bastrop, TX 78602**


**Brinks Home Security**
**Dept. CH 8628**
**Palatine, IL 60055**


**Business Communications Solutions**
**102 Wigeon CV**
**Cedar Park, TX 78613**


**Cavender Nissan of San Marcos**
**2800 S. Interstate 35**
**San Marcos, TX 78666**


**Chase Milage plus United**
**P O Box 15123**
**Wilmington, DE 19850-5123**


**Dealer Socket**
**PO Box 843876**
**Los Angeles, CA 90084-3876**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Discover Card**
**P O Box 71242**
**Charlotte, NC 2821242**

**E-Oscar OLDE**
**12276 San Jose Blvd. Suite 427**
**Jacksonville, FL 32223**

**Firestone Complete Auto Care**
**P O Box 403727**
**Atlanta, GA 30384-3727**

**Flume Law Firm, LLP**
**Attn: Michael Flume**
**P.O. Box 17746**
**San Antonio, TX 78217**

**Genworth Life**
**PO Box 40005**
**LYNCHBURG, VA 24506**

**Genworth Life Insurance Company**
**PO Box 40005**
**LYNCHBURG, VA 24506**

**Haskell and Jennifer Griffin**
**8245 S Hwy 183**
**Lockhart, TX 78644**

**Iron Stone Enterprise, LLC**
**8245 S US Highway 183**
**Lockhart, TX 78644**

**Jennifer Griffin**
**8245 S Hwy. 183**
**Lockhart, TX 78644**

Copyright © Financial Software Solutions, LLC

**Lockhart Motor Company**
**2330 S. Colorado St.**
**Lockhart, TX 78644**

**Metzger Services**
**PO Box 800273**
**Dallas, TX 75380**

**North American Bankcard**
**250 North Stephenson Hwy.**
**Troy, MI 48083**

**North American Bankcard**
**250 North Stephenson Hwy**
**Troy, MI 48083**

**Oak Knoll Community Services**
**8245 S. HWY 183**
**Lockhart, TX 78644**

**P1 Finance**
**PO Box 922025**
**Norcross, GA 30010**

**Paul Revere Life Insurance Company**
**18 Chesnut Street**
**Worcester, MA 01608**

**Performance Radiator Pacific, LLC**          **llc**
**PO Box 11224**
**Tacoma, WA 98411-0224**

**Plains Capital Bank**
**6565 Hillcrest Avenue**
**Dallas, TX 75205**

Copyright © Financial Software Solutions, LLC

**Schmidt Sons Inc.**
**P O Box 232**
**Gonzales, TX 78629**


**Seal CPA and Company**
**711 Janes RD**
**West, TX 76691**


**Snyder's**
**P O Box 32**
**Holland, TX 76534**


**Spectrum Business**
**P O Box 223085**
**Pittsburgh, PA 15251-2085**


**Spectrum Business**
**PO Box 223085**
**Pittsburgh, PA 15251-2085**


**Steele Chrysler Jeep Dodge Ram**
**2000 S Colorado**
**Lockhart, TX 78644**


**Steele Luling Chevrolet**
**P O Box 551**
**Luling, TX 78648-2701**


**T-Mobile For Business**
**PO Box 37380**
**Albuquerque, NM 87176-7380**


**T-Mobile for Business**
**PO Box 37380**
**Alburquerque, NM 87176-7380**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Tadiran Telecom**
**2030 Powers Ferry RD SE**
**Suite 204**
**Atlanta, GA 30339**


**Tadiran Telecom**
**2030 Powers Ferry RD SE, Ste204**
**Atlanta, GA 30339**


**Texas Comptroller of Public Accounts**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711-3528**


**Texas Deposal Services**
**P O Box 674090**
**Dallas, TX 75267**


**The Home Depot**
**PO Box 9001030**
**Louisville, KY 40290-1030**


**United of Omaha Insurance Company**
**Mutual of Omaha Plaza**
**Omaha, NE 68174-0001**


**Xerox Financial Services**
**P O Box 13604**
**Philadelphia, PA 19101-3604**


**Xerox Financial Services**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

Copyright © Financial Software Solutions, LLC

12:16 PM

04/10/25

# TEXAS AUTO & TRUCK, INC.
## Statement of Cash Flows
### January 1 through April 10, 2025

|  | Jan 1 - Apr 10, 25 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 151,752.56 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 102000 · Employee's Advances | -839.86 |
| 103500 · Contract A/R Clearing | -46,406.10 |
| 104000 · Notes Receivable:105000 · A/R Principal - DT | -19,142.13 |
| 104000 · Notes Receivable:105100 · A/R Down Payments | -1,255.00 |
| 104000 · Notes Receivable:105200 · A/R Non Earning Principal | 4,726.60 |
| 104000 · Notes Receivable:105400 · A/R Late Fees | 298.23 |
| 104000 · Notes Receivable:105500 · A/R Deferred Sales Tax-DT | -29,032.12 |
| 104000 · Notes Receivable:106000 · A/R Accrued Interest - DT | 18,834.98 |
| 104000 · Notes Receivable:107000 · A/R Deferred Interest - DT | -153,772.96 |
| 129000 · Dealer Inventory | -22,676.85 |
| 129500 · Inventory Improvements | -400.00 |
| 202000 · Accounts Payable | 15,535.83 |
| 202100 · AP Due Others | -1,369.39 |
| 202400 · Jennifer Griffin Loan | -10,000.00 |
| 2111000 · Iron Stone Floor | -88,946.99 |
| 211110 · Plains Capital Floor | -9,786.00 |
| 213000 · Payroll Liabilities | 2,161.39 |
| 213000 · Payroll Liabilities:213100 · FWT | -665.00 |
| 213000 · Payroll Liabilities:213200 · SS | -1,265.10 |
| 213000 · Payroll Liabilities:213300 · Medicare | -295.84 |
| 213000 · Payroll Liabilities:213400 · FUTA | 293.50 |
| 213000 · Payroll Liabilities:213500 · TWC | 116.84 |
| 226000 · Sales Tax Payable - DT | 1,942.55 |
| 227000 · Deferred Sales Tax - DT | 82,983.03 |
| 230000 · Inventory Clearing | 38,725.00 |
| 250000 · Unearned Interest | 42,092.64 |
| **Net cash provided by Operating Activities** | -26,390.19 |
| **INVESTING ACTIVITIES** | |
| 130000 · Fixed Assets:133000 · Leasehold Improvements | -218.99 |
| **Net cash provided by Investing Activities** | -218.99 |
| **Net cash increase for period** | -26,609.18 |
| **Cash at beginning of period** | 49,821.75 |
| **Cash at end of period** | 23,212.57 |

12:15 PM

04/10/25

# TEXAS AUTO & TRUCK, INC.
## Statement of Cash Flows
### January through December 2024

|  | Jan - Dec 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -159,435.49 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 102000 · Employee's Advances | 185.14 |
| 104000 · Notes Receivable:105000 · A/R Principal - DT | -288,163.46 |
| 104000 · Notes Receivable:105100 · A/R Down Payments | -420.00 |
| 104000 · Notes Receivable:105200 · A/R Non Earning Principal | -3,853.34 |
| 104000 · Notes Receivable:105300 · A/R Misc Fees Due | 2,375.00 |
| 104000 · Notes Receivable:105400 · A/R Late Fees | 1,575.67 |
| 104000 · Notes Receivable:105500 · A/R Deferred Sales Tax-DT | -34,403.24 |
| 104000 · Notes Receivable:106000 · A/R Accrued Interest - DT | 26,091.71 |
| 104000 · Notes Receivable:107000 · A/R Deferred Interest - DT | -3,274.35 |
| 129000 · Dealer Inventory | 557,838.75 |
| 202000 · Accounts Payable | 16,462.79 |
| 202100 · AP Due Others | -10,235.09 |
| 202200 · Layaway Funds | -800.00 |
| 202400 · Jennifer Griffin Loan | 23,000.00 |
| 2111000 · Iron Stone Floor | 291,626.65 |
| 211110 · Plains Capital Floor | -590,878.72 |
| 213000 · Payroll Liabilities | 6,771.94 |
| 213000 · Payroll Liabilities:213100 · FWT | 664.00 |
| 213000 · Payroll Liabilities:213200 · SS | 1,164.26 |
| 213000 · Payroll Liabilities:213300 · Medicare | 272.24 |
| 213000 · Payroll Liabilities:213400 · FUTA | -22.38 |
| 213000 · Payroll Liabilities:213500 · TWC | 121.54 |
| 226000 · Sales Tax Payable - DT | -948.61 |
| 227000 · Deferred Sales Tax - DT | -105,539.95 |
| 230000 · Inventory Clearing | 10,549.76 |
| 250000 · Unearned Interest | -13,786.32 |
| 260000 · Long Term Liabilities:263000 · Plains Capital Credit Line | 306,537.74 |
| **Net cash provided by Operating Activities** | 33,476.24 |
| **INVESTING ACTIVITIES** | |
| 130000 · Fixed Assets:131000 · Equipment | -3,444.25 |
| 130000 · Fixed Assets:133000 · Leasehold Improvements | 7,941.73 |
| **Net cash provided by Investing Activities** | 4,497.48 |
| **FINANCING ACTIVITIES** | |
| 283000 · Retained Earnings | -67,478.57 |
| **Net cash provided by Financing Activities** | -67,478.57 |
| **Net cash increase for period** | -29,504.85 |
| **Cash at beginning of period** | 79,326.60 |
| **Cash at end of period** | 49,821.75 |

12:14 PM

04/10/25

# TEXAS AUTO & TRUCK, INC.
## Statement of Cash Flows
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -138,288.72 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 102000 · Employee's Advances | 300.00 |
| 104000 · Notes Receivable:105000 · A/R Principal - DT | 570,268.36 |
| 104000 · Notes Receivable:105100 · A/R Down Payments | 2,210.00 |
| 104000 · Notes Receivable:105200 · A/R Non Earning Principal | 4,122.07 |
| 104000 · Notes Receivable:105300 · A/R Misc Fees Due | 2,019.20 |
| 104000 · Notes Receivable:105400 · A/R Late Fees | 665.74 |
| 104000 · Notes Receivable:105500 · A/R Deferred Sales Tax-DT | 27,263.72 |
| 104000 · Notes Receivable:106000 · A/R Accrued Interest - DT | -3,862.18 |
| 104000 · Notes Receivable:107000 · A/R Deferred Interest - DT | 50,729.68 |
| 129000 · Dealer Inventory | -164,741.19 |
| 129500 · Inventory Improvements | 15,445.17 |
| 202000 · Accounts Payable | 23,164.24 |
| 202300 · Discover Card | -908.92 |
| 202100 · AP Due Others | 3,450.25 |
| 202200 · Layaway Funds | 300.00 |
| 211100 · Floor Plan-Haskell Griffin | -86,689.00 |
| 211110 · Plains Capital Floor | 48,820.21 |
| 213000 · Payroll Liabilities:213100 · FWT | -649.00 |
| 213000 · Payroll Liabilities:213200 · SS | -1,282.69 |
| 213000 · Payroll Liabilities:213300 · Medicare | -299.66 |
| 213000 · Payroll Liabilities:213400 · FUTA | 35.80 |
| 213000 · Payroll Liabilities:213500 · TWC | -28.17 |
| 226000 · Sales Tax Payable - DT | -2,643.10 |
| 227000 · Deferred Sales Tax - DT | -27,275.54 |
| 230000 · Inventory Clearing | 10,404.25 |
| 250000 · Unearned Interest | -50,709.68 |
| 260000 · Long Term Liabilities:263000 · Plains Capital Credit Line | -325,371.13 |
| **Net cash provided by Operating Activities** | **-43,550.29** |
| **INVESTING ACTIVITIES** | |
| 130000 · Fixed Assets:131000 · Equipment | 21,162.82 |
| 130000 · Fixed Assets:133000 · Leasehold Improvements | -13,778.79 |
| **Net cash provided by Investing Activities** | **7,384.03** |
| **FINANCING ACTIVITIES** | |
| 280000 · Equity:282400 · Dividends Paid | -90,900.00 |
| **Net cash provided by Financing Activities** | **-90,900.00** |
| **Net cash increase for period** | **-127,066.26** |
| **Cash at beginning of period** | **206,392.86** |
| **Cash at end of period** | **79,326.60** |

12:13 PM

04/10/25

# TEXAS AUTO & TRUCK, INC.
## Statement of Cash Flows
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 61,351.87 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 102000 · Employee's Advances | -568.25 |
| 104000 · Notes Receivable:105000 · A/R Principal - DT | 333,260.43 |
| 104000 · Notes Receivable:105100 · A/R Down Payments | -2,225.00 |
| 104000 · Notes Receivable:105200 · A/R Non Earning Principal | -225.21 |
| 104000 · Notes Receivable:105300 · A/R Misc Fees Due | 64.67 |
| 104000 · Notes Receivable:105400 · A/R Late Fees | 760.90 |
| 104000 · Notes Receivable:105500 · A/R Deferred Sales Tax-DT | -14,879.94 |
| 104000 · Notes Receivable:106000 · A/R Accrued Interest - DT | 15,059.38 |
| 104000 · Notes Receivable:107000 · A/R Deferred Interest - DT | 149,362.29 |
| 129000 · Dealer Inventory | 28,919.94 |
| 129500 · Inventory Improvements | 10,017.40 |
| 202000 · Accounts Payable | -8,743.63 |
| 202300 · Discover Card | 1,331.83 |
| 202100 · AP Due Others | -20,222.46 |
| 202200 · Layaway Funds | -1,100.00 |
| 211100 · Floor Plan-Haskell Griffin | 10,079.00 |
| 211110 · Plains Capital Floor | 40,644.53 |
| 213000 · Payroll Liabilities:213100 · FWT | 321.00 |
| 213000 · Payroll Liabilities:213200 · SS | 666.43 |
| 213000 · Payroll Liabilities:213300 · Medicare | 155.76 |
| 213000 · Payroll Liabilities:213400 · FUTA | 2.70 |
| 213000 · Payroll Liabilities:213500 · TWC | -7.73 |
| 226000 · Sales Tax Payable - DT | -4,341.53 |
| 227000 · Deferred Sales Tax - DT | 74,350.63 |
| 230000 · Inventory Clearing | 373.57 |
| 250000 · Unearned Interest | -149,382.29 |
| 260000 · Long Term Liabilities:261000 · Haskell Griffin Loan | 701,847.25 |
| 260000 · Long Term Liabilities:263000 · Plains Capital Credit Line | -131,866.25 |
| **Net cash provided by Operating Activities** | **1,095,007.29** |
| **INVESTING ACTIVITIES** | |
| 130000 · Fixed Assets:131000 · Equipment | -23,232.05 |
| 130000 · Fixed Assets:132000 · Furniture & Fixtures | -60.00 |
| 130000 · Fixed Assets:133000 · Leasehold Improvements | -288,770.88 |
| **Net cash provided by Investing Activities** | **-312,062.93** |
| **FINANCING ACTIVITIES** | |
| 280000 · Equity:282400 · Dividends Paid | -120,000.00 |
| 283000 · Retained Earnings | -701,997.25 |
| **Net cash provided by Financing Activities** | **-821,997.25** |
| **Net cash increase for period** | **-39,052.89** |
| **Cash at beginning of period** | **245,445.75** |
| **Cash at end of period** | **206,392.86** |

12:11 PM
04/10/25
Accrual Basis

**TEXAS AUTO & TRUCK, INC.**
**Profit & Loss**
**January through December 2022**

| | Jan - Dec 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 300000 · Sales (Sales) | 443,887.09 |
| 301000 · Auto Sales (Auto Sales) | 89,665.85 |
| 301500 · Other (Other) | 388,581.13 |
| 302000 · Interest Income-Deal Trace (Interest Income-Deal Trace) | 30,112.00 |
| 303000 · Late Fees (Late Fees) | 30,112.00 |
| 304000 · Financed Auto Sales (Financed Auto Sales) | 2,483,889.80 |
| 305000 · Misc Fees (Misc Fees) | 53,724.17 |
| 306000 · Trade-Ins (Trade-Ins) | 1,000.00 |
| **Total 300000 · Sales (Sales)** | 3,490,860.04 |
| **Total Income** | 3,490,860.04 |
| **Cost of Goods Sold** | |
| 400000 · Cost Of Goods Sold (Cost of Goods Sold) | 143,630.63 |
| 410000 · Make Ready (Make Ready) | 1,592,110.31 |
| 410005 · Inventory (Inventory) | 160,220.31 |
| 415000 · Tags/Title/License (Tags/Title/License) | 29,547.19 |
| 425000 · Repo Expense (Repo expense) | |
| **Total 400000 · Cost Of Goods Sold (Cost of Goods Sold)** | 1,925,508.44 |
| **Total COGS** | 1,925,508.44 |
| **Gross Profit** | 1,565,351.60 |
| **Expense** | |
| 440000 · Write Downs (Write Downs) | |
| 450000 · Principal (Principal) | 995,549.97 |
| 451000 · Interest (Interest) | 51,556.04 |
| 452000 · Late Fees (Late Fees) | 14,812.96 |
| 453000 · Misc Fees (Misc Fees) | 45,962.53 |
| 456000 · Non Earn Prin (Non Earn Prin) | 7,094.04 |
| **Total 440000 · Write Downs (Write Downs)** | 1,114,975.54 |
| 460000 · Adjustments/Losses A/R (Adjustments/Losses A/R) | -696,920.66 |
| **500000 · Administrative Expenses** | |
| 500100 · Accounting & Legal | 1,226.00 |
| 500200 · Advertising | 181.70 |
| 500400 · Bank Charges | 44,836.08 |
| 500600 · Contract Labor | 855.00 |
| 500700 · Contributions | 100.00 |
| 500800 · Dues & Subscriptions | 21,026.94 |
| 500900 · Employee's Disability Insurance | 26,721.47 |
| 501000 · Employee's Health Insurance | 4,270.27 |
| 501100 · Employee's Meals | 2,159.02 |

Page 1

12:11 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Profit & Loss
### January through December 2022

| | Jan - Dec 22 |
|---|---|
| 501200 · Equipment Rental | 1,020.82 |
| 501201 · Fuel Expense | 22,316.36 |
| 501300 · Garage Liability | 24,027.95 |
| 501500 · Lot Supplies | 49,577.66 |
| 501700 · Office Supplies | 10,917.82 |
| 502000 · Payroll | |
| 502040 · Bonus | 6,400.00 |
| 502000 · Payroll - Other | 0.00 |
| **Total 502000 · Payroll** | **6,400.00** |
| 502250 · Postage & Shipping | 1,888.76 |
| 502300 · Referral Fees | 890.50 |
| 502400 · Rent | 0.00 |
| 502450 · Towing Fees | 7,058.68 |
| 502500 · Repair & Maintanance | 6,265.46 |
| 502600 · Security Expense | 960.24 |
| 502700 · Taxes - Property | -28,499.25 |
| 502750 · Franchise Tax | 2,336.55 |
| 502900 · Telephone | 2,105.97 |
| 503000 · Transport Expenses | 599.72 |
| 503200 · Travel | 247.18 |
| 503300 · Utilities | 28,790.82 |
| 500000 · Administrative Expenses - Other | 98.00 |
| **Total 500000 · Administrative Expenses** | **238,379.72** |
| 502100 · Payroll Taxes | |
| 502130 · FUTA | 437.63 |
| 502100 · Payroll Taxes - Other | 12,132.91 |
| **Total 502100 · Payroll Taxes** | **12,570.54** |
| 6560 · Payroll Expenses (Payroll expenses) | 328,645.97 |
| 66900 · Reconciliation Discrepancies (Discrepancies between bank statements and company records) | -375.54 |
| **Total Expense** | **997,275.57** |
| **Net Ordinary Income** | **568,076.03** |
| Other Income/Expense | |
| Other Income | |
| 601000 · Other Income | |
| 601300 · Misc. Income | 6,527.75 |
| 601700 · ERC | 0.00 |
| 601000 · Other Income - Other | 4,150.37 |
| **Total 601000 · Other Income** | **10,678.12** |

8:59 AM
04/09/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Transaction Detail By Account
### April 1, 2024 through April 9, 2025

| Type | Date | Num | Name | Clr |
|------|------|-----|------|-----|

**500900 · Employee's Disability Insurance**

| | Check | 04/14/2024 | atm | PAUL REVERE LIFE-INSURANCE | |
| | Check | 04/23/2024 | ach | GENWORTH LIFE | |
| | Check | 04/23/2024 | ach | GENWORTH LIFE | |
| | Check | 05/15/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 05/22/2024 | ach | GENWORTH LIFE | |
| | Check | 05/22/2024 | ach | GENWORTH LIFE | |
| | Check | 06/17/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 06/24/2024 | ach | GENWORTH LIFE | |
| | Check | 06/24/2024 | ach | GENWORTH LIFE | |
| | Check | 07/15/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 07/23/2024 | ach | GENWORTH LIFE | |
| | Check | 07/23/2024 | ach | GENWORTH LIFE | |
| | Check | 08/15/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 08/22/2024 | ach | GENWORTH LIFE | |
| | Check | 08/22/2024 | ach | GENWORTH LIFE | |
| | Check | 09/16/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 09/24/2024 | ach | GENWORTH LIFE | |
| | Check | 09/24/2024 | ach | GENWORTH LIFE | |
| | Check | 10/15/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 10/22/2024 | ach | GENWORTH LIFE | |
| | Check | 10/22/2024 | ach | GENWORTH LIFE | |
| | Check | 11/14/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 11/22/2024 | ach | GENWORTH LIFE | |
| | Check | 11/22/2024 | ach | GENWORTH LIFE | |
| | Check | 12/17/2024 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 01/17/2025 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 01/23/2025 | ach | GENWORTH LIFE | |
| | Check | 01/23/2025 | ach | GENWORTH LIFE | |
| | Check | 02/18/2025 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 02/23/2025 | ach | GENWORTH LIFE | |
| | Check | 02/24/2025 | ach | GENWORTH LIFE | |
| | Check | 03/16/2025 | ach | PAUL REVERE LIFE-INSURANCE | |
| | Check | 03/24/2025 | ach | GENWORTH LIFE | |
| | Check | 03/24/2025 | ach | GENWORTH LIFE | |

Total 500900 · Employee's Disability Insurance

12:11 PM
04/10/25
Accrual Basis

**TEXAS AUTO & TRUCK, INC.**
**Profit & Loss**
January through December 2022

| | Jan - Dec 22 |
|---|---|
| 800000 · Unrealized Gain/Loss | 93,104.59 |
| **Total Other Income** | **103,782.71** |
| **Other Expense** | |
| 701000 · Other Expense 701000 | |
| 701100 · Dividend | 747.77 |
| 701110 · Commissions | 51,775.00 |
| 701200 · Customer Service Expense | 430,696.92 |
| 701400 · Interest Expense | 122,273.86 |
| 7016000 · Cash over/short | 540.79 |
| 701700 · Penalties | 694.70 |
| 701900 · Extraordinary Loss | 1,600.00 |
| 701000 · Other Expense 701000 - Other | 2,177.83 |
| **Total 701000 · Other Expense 701000** | **610,506.87** |
| **Total Other Expense** | **610,506.87** |
| **Net Other Income** | **-506,724.16** |
| **Net Income** | **61,351.87** |

12:11 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2022

| | Dec 31, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101000 · First Lockhart National Bank (First Lockhart National Bank) | 149,931.03 |
| 101000 · Cash | |
| 101100 · Cash - Other | 1,517.90 |
| 101275 · PLAINS CAPITAL BANK Active | 49,754.84 |
| 101000 · Cash - Other | -1,308.40 |
| **Total 101000 · Cash** | 49,964.34 |
| **Total Checking/Savings** | 199,895.37 |
| **Other Current Assets** | |
| 102000 · Employee's Advances | 1,000.00 |
| 103000 · *Undeposited Funds (*Undeposited Funds) | 6,497.49 |
| 104000 · Notes Receivable (Notes Receivable) | |
| 105000 · A/R Principal - DT (A/R Principal - DT) | 3,163,156.69 |
| 105100 · A/R Down Payments (A/R Down Payments) | 3,190.00 |
| 105200 · A/R Non Earning Principal (A/R Non Earning Principal) | 18,950.14 |
| 105300 · A/R Misc Fees Due (A/R Misc Fees Due) | 4,414.20 |
| 105400 · A/R Late Fees (A/R Late Fees) | 9,806.63 |
| 105500 · A/R Deferred Sales Tax-DT (A/R Deferred Sales Tax-DT) | 154,295.07 |
| 106000 · A/R Accrued Interest - DT (A/R Accrued Interest - DT) | 43,720.57 |
| 107000 · A/R Deferred Interest - DT (A/R Deferred Interest - DT) | 468,537.63 |
| **Total 104000 · Notes Receivable (Notes Receivable)** | 3,866,070.93 |
| 129000 · Dealer Inventory (Dealer Inventory) | 804,896.57 |
| 129500 · Inventory Improvements (Inventory Improvements) | 15,445.17 |
| **Total Other Current Assets** | 4,693,910.16 |
| **Total Current Assets** | 4,893,805.53 |
| **Fixed Assets** | |
| **130000 · Fixed Assets** | |
| 131000 · Equipment | 262,017.46 |
| 132000 · Furniture & Fixtures | 51,237.00 |
| 133000 · Leasehold Improvements | 392,448.47 |
| 134000 · Allow Depreciation | -345,334.00 |
| **Total 130000 · Fixed Assets** | 360,368.93 |
| **Total Fixed Assets** | 360,368.93 |

Page 1

12:11 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---|
| **Other Assets** | |
| **140000 · Goodwill** | |
| 141000 · Amortization Allowance | -1,827,669.68 |
| 140000 · Goodwill - Other | 2,111,052.03 |
| **Total 140000 · Goodwill** | 283,382.35 |
| **Total Other Assets** | 283,382.35 |
| **TOTAL ASSETS** | 5,537,556.81 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 202000 · Accounts Payable (Accounts Payable) | 988.29 |
| **Total Accounts Payable** | 988.29 |
| **Credit Cards** | |
| 202300 · Discover Card | 908.92 |
| **Total Credit Cards** | 908.92 |
| **Other Current Liabilities** | |
| 202100 · AP Due Others (AP Due Others) | 1,280.00 |
| 202200 · Layaway Funds | 500.00 |
| 211100 · Floor Plan-Haskell Griffin (Floor Plan-Haskell Griffin) | 86,689.00 |
| 211110 · Plains Capital Floor (Plains Capital Floor) | 637,162.53 |
| 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid) | |
| 213100 · FWT | 1,255.00 |
| 213200 · SS | 2,437.33 |
| 213300 · Medicare | 649.92 |
| 213400 · FUTA | 1,153.50 |
| 213500 · TWC | 925.83 |
| 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid) - ... | -6,622.72 |
| **Total 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid)** | -201.14 |
| 226000 · Sales Tax Payable - DT (Sales Tax Payable - DT) | 8,138.06 |
| 227000 · Deferred Sales Tax - DT (Deferred Sales Tax - DT) | 154,306.89 |
| 230000 · Inventory Clearing (Inventory Clearing) | -9,926.43 |
| 250000 · Unearned Interest (Unearned Interest) | 468,517.63 |

Page 2

12:11 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2022

| | Dec 31, 22 |
|---|---|
| **260000 · Long Term Liabilities** | |
| 261000 · Haskell Griffin Loan | 1,054,764.71 |
| 263000 · Plains Capital Credit Line (Note Credit Line) | 2,148,621.73 |
| **Total 260000 · Long Term Liabilities** | 3,203,386.44 |
| **Total Other Current Liabilities** | 4,549,852.98 |
| **Total Current Liabilities** | 4,551,750.19 |
| **Total Liabilities** | 4,551,750.19 |
| **Equity** | |
| **280000 · Equity** | |
| 281200 · Paid in Capital | 1,232,632.54 |
| 282100 · Common Stock | 38,000.00 |
| 282300 · Treasury Stock | -599,626.00 |
| 282400 · Dividends Paid | -120,000.00 |
| **Total 280000 · Equity** | 551,006.54 |
| 283000 · Retained Earnings (Undistributed earnings of the corporation) | 373,448.21 |
| Net Income | 61,351.87 |
| **Total Equity** | 985,806.62 |
| **TOTAL LIABILITIES & EQUITY** | 5,537,556.81 |

## TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2023

| | Dec 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Lockhart National Bank (First Lockhart National Bank) | |
| 101000 · Cash | 23,341.96 |
| 1012075 · PLAINS CAPITAL BANK Active | 49,539.46 |
| **Total 101000 · Cash** | 49,539.46 |
| **Total Checking/Savings** | 72,881.42 |
| **Other Current Assets** | |
| 102000 · Employee's Advances | 700.00 |
| 103000 · *Undeposited Funds (*Undeposited Funds) | 6,445.18 |
| 104000 · Notes Receivable (Notes Receivable) | |
| 105000 · A/R Principal - DT (A/R Principal - DT) | 2,592,888.33 |
| 105100 · A/R Down Payments (A/R Down Payments) | 980.00 |
| 105200 · A/R Non Earning Principal (A/R Non Earning Principal) | 14,828.07 |
| 105300 · A/R Misc Fees Due (A/R Misc Fees Due) | 2,395.00 |
| 105400 · A/R Late Fees (A/R Late Fees) | 9,140.89 |
| 105500 · A/R Deferred Sales Tax-DT (A/R Deferred Sales Tax-DT) | 127,031.35 |
| 106000 · A/R Accrued Interest - DT (A/R Accrued Interest - DT) | 47,582.75 |
| 107000 · A/R Deferred Interest - DT (A/R Deferred Interest - DT) | 417,807.95 |
| **Total 104000 · Notes Receivable (Notes Receivable)** | 3,212,654.34 |
| 129000 · Dealer Inventory (Dealer Inventory) | 969,637.76 |
| **Total Other Current Assets** | 4,189,437.28 |
| **Total Current Assets** | 4,262,318.70 |
| **Fixed Assets** | |
| **130000 · Fixed Assets** | |
| 131000 · Equipment | 240,854.64 |
| 132000 · Furniture & Fixtures | 51,237.00 |
| 133000 · Leasehold Improvements | 406,227.26 |
| 134000 · Allow Depreciation | -345,334.00 |
| **Total 130000 · Fixed Assets** | 352,984.90 |
| **Total Fixed Assets** | 352,984.90 |

12:09 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **Other Assets** | |
| **140000 · Goodwill** | |
| 141000 · Amortization Allowance | -1,827,669.68 |
| 140000 · Goodwill - Other | 2,111,052.03 |
| **Total 140000 · Goodwill** | 283,382.35 |
| **Total Other Assets** | 283,382.35 |
| **TOTAL ASSETS** | 4,898,685.95 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 202000 · Accounts Payable (Accounts Payable) | 24,152.53 |
| **Total Accounts Payable** | 24,152.53 |
| **Other Current Liabilities** | |
| 202100 · AP Due Others (AP Due Others) | 4,730.25 |
| 202200 · Layaway Funds | 800.00 |
| 211110 · Plains Capital Floor (Plains Capital Floor) | 685,982.74 |
| **213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid)** | |
| 213100 · FWT | 606.00 |
| 213200 · SS | 1,154.64 |
| 213300 · Medicare | 350.26 |
| 213400 · FUTA | 1,189.30 |
| 213500 · TWC | 897.66 |
| 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid) - ... | -6,622.72 |
| **Total 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid)** | -2,424.86 |
| 226000 · Sales Tax Payable - DT (Sales Tax Payable - DT) | 5,494.96 |
| 227000 · Deferred Sales Tax - DT (Deferred Sales Tax - DT) | 127,031.35 |
| 230000 · Inventory Clearing (Inventory Clearing) | 477.82 |
| 250000 · Unearned Interest (Unearned Interest) | 417,807.95 |
| **260000 · Long Term Liabilities** | |
| 261000 · Haskell Griffin Loan | 1,054,764.71 |
| 263000 · Plains Capital Credit Line (Note Credit Line) | 1,823,250.60 |
| **Total 260000 · Long Term Liabilities** | 2,878,015.31 |
| **Total Other Current Liabilities** | 4,117,915.52 |
| **Total Current Liabilities** | 4,142,068.05 |
| **Total Liabilities** | 4,142,068.05 |

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2023

| | Dec 31, 23 |
|---|---|
| **Equity** | |
| 280000 · Equity | |
| 281200 · Paid in Capital | 1,232,632.54 |
| 282100 · Common Stock | 38,000.00 |
| 282300 · Treasury Stock | -599,626.00 |
| 282400 · Dividends Paid | -210,900.00 |
| **Total 280000 · Equity** | 460,106.54 |
| 283000 · Retained Earnings (Undistributed earnings of the corporation) | 434,800.08 |
| Net Income | -138,288.72 |
| **Total Equity** | 756,617.90 |
| **TOTAL LIABILITIES & EQUITY** | 4,898,685.95 |

12:09 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Profit & Loss
### December 31, 2022 through January 1, 2023

|  | Dec 31, '22 - Jan 1, '23 |
|---|---|
| Ordinary Income/Expense |  |
| Income |  |
| 300000 · Sales (Sales) |  |
| 302000 · Interest Income-Deal Trace (Interest Income-Deal Trace) | 2,518.20 |
| 303000 · Late Fees (Late Fees) | 537.20 |
| 304000 · Financed Auto Sales (Financed Auto Sales) | 9,006.27 |
| Total 300000 · Sales (Sales) | 12,061.67 |
| Total Income | 12,061.67 |
| Cost of Goods Sold |  |
| 400000 · Cost Of Goods Sold (Cost of Goods Sold) |  |
| 410000 · Make Ready (Make Ready) | 4,196.14 |
| 410005 · Inventory (Inventory) | 85,184.22 |
| 425000 · Repo Expense (Repo expense) | -31,199.09 |
| Total 400000 · Cost Of Goods Sold (Cost of Goods Sold) | 58,181.27 |
| Total COGS | 58,181.27 |
| Gross Profit | -46,119.60 |
| Expense |  |
| 440000 · Write Downs (Write Downs) |  |
| 450000 · Principal (Principal) | -116,706.20 |
| 451000 · Interest (Interest) | 0.70 |
| Total 440000 · Write Downs (Write Downs) | -116,705.50 |
| 460000 · Adjustments/Losses A/R (Adjustments/Losses A/R) | -22,056.73 |
| 500000 · Administrative Expenses |  |
| 500100 · Accounting & Legal | 301.00 |
| 501201 · Fuel Expense | 64.73 |
| 502400 · Rent | 0.00 |
| 502450 · Towing Fees | 700.00 |
| 502700 · Taxes - Property | -28,499.25 |
| 503300 · Utilities | 570.17 |
| Total 500000 · Administrative Expenses | -26,863.35 |
| 66900 · Reconciliation Discrepancies (Discrepancies between bank statements and company records) | 3.39 |
| Total Expense | -165,622.19 |
| Net Ordinary Income | 119,502.59 |

12:09 PM

04/30/25

Accrual Basis

**TEXAS AUTO & TRUCK, INC.**

**Profit & Loss**

December 31, 2022 through January 1, 2023

|  | Dec 31, '22 - Jan 1, 23 |
|---|---|
| Other Income/Expense | |
| Other Expense | |
| 701000 · Other Expense 701000 | |
| 701200 · Customer Service Expense | 279,182.90 |
| 701400 · Interest Expense | 0.00 |
| 7016000 · Cash over/short | 18,797.30 |
| Total 701000 · Other Expense 701000 | 297,980.20 |
| Total Other Expense | 297,980.20 |
| Net Other Income | -297,980.20 |
| Net Income | -178,477.61 |

# TEXAS AUTO & TRUCK, INC.
## Profit & Loss
### January through December 2024

| | Jan - Dec 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **300000 · Sales (Sales)** | |
| 301000 · Auto Sales (Auto Sales) | 71,949.40 |
| 301500 · Other (Other) | 19,400.00 |
| 302000 · Interest Income–Deal Trace (Interest Income–Deal Trace) | 333,399.93 |
| 303000 · Late Fees (Late Fees) | 23,963.20 |
| 304000 · Financed Auto Sales (Financed Auto Sales) | 3,079,035.55 |
| 305000 · Misc Fees (Misc Fees) | 7,406.43 |
| 306000 · Trade-Ins (Trade-Ins) | 0.00 |
| 300000 · Sales (Sales) - Other | 0.00 |
| **Total 300000 · Sales (Sales)** | 3,535,154.51 |
| **Total Income** | 3,535,154.51 |
| **Cost of Goods Sold** | |
| **400000 · Cost Of Goods Sold (Cost of Goods Sold)** | |
| 410000 · Make Ready (Make Ready) | 9,081.03 |
| 410005 · Inventory (Inventory) | 1,989,819.64 |
| 415000 · Tags/Title/License (Tags/Title/License) | 0.00 |
| 425000 · Repo Expense (Repo expense) | 4,114.14 |
| 400000 · Cost Of Goods Sold (Cost of Goods Sold) - Other | 87,613.40 |
| **Total 400000 · Cost Of Goods Sold (Cost of Goods Sold)** | 2,090,628.21 |
| **Total COGS** | 2,090,628.21 |
| **Gross Profit** | 1,444,526.30 |
| **Expense** | |
| **440000 · Write Downs (Write Downs)** | |
| 450000 · Principal (Principal) | 1,313,467.56 |
| 451000 · Interest (Interest) | 4,297.18 |
| 452000 · Late Fees (Late Fees) | 6,560.71 |
| 453000 · Misc Fees (Misc Fees) | 7,623.44 |
| 440000 · Write Downs (Write Downs) - Other | 12,789.66 |
| **Total 440000 · Write Downs (Write Downs)** | 1,344,748.55 |
| 460000 · Adjustments/Losses A/R (Adjustments/Losses A/R) | -911,884.20 |

12:00 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| **601000 · Other Income** | |
| 601400 · Recovered Repo Expense | 2,487.05 |
| 601000 · Other Income - Other | -2,250.00 |
| **Total 601000 · Other Income** | 237.05 |
| 800000 · Unrealized Gain/Loss | -1,268.47 |
| **Total Other Income** | -1,031.42 |
| **Other Expense** | |
| 69800 · Uncategorized Expenses | 1,800.00 |
| **701000 · Other Expense 701000** | |
| 701200 · Customer Service Expense | 182,064.51 |
| 701300 · Fee Expense | 527.07 |
| 701400 · Interest Expense | 259,764.75 |
| 701600 · Cash over/short | 524.02 |
| 701800 · Federal Income Tax | 1,915.83 |
| 701900 · Extraordinary Loss | 1,286.60 |
| **Total 701000 · Other Expense 701000** | 446,082.78 |
| **Total Other Expense** | 447,882.78 |
| **Net Other Income** | -448,914.20 |
| **Net Income** | -159,435.49 |

11:59 AM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2024

|  | Dec 31, 24 |
|---|---|
| **Other Assets** |  |
| **140000 · Goodwill** |  |
| 141000 · Amortization Allowance | -1,827,669.68 |
| 140000 · Goodwill - Other | 2,111,052.03 |
| **Total 140000 · Goodwill** | 283,382.35 |
| **Total Other Assets** | 283,382.35 |
| **TOTAL ASSETS** | 4,606,731.74 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| 202000 · Accounts Payable (Accounts Payable) | 40,615.32 |
| **Total Accounts Payable** | 40,615.32 |
| **Other Current Liabilities** |  |
| 202100 · AP Due Others (AP Due Others) | -5,504.84 |
| 202400 · Jennifer Griffin Loan | 23,000.00 |
| 211000 · Iron Stone Floor (Floor Plan) | 291,626.65 |
| 211110 · Plains Capital Floor (Plains Capital Floor) | 95,104.02 |
| **213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid)** |  |
| 213100 · FWT | 1,270.00 |
| 213200 · SS | 2,318.90 |
| 213300 · Medicare | 622.50 |
| 213400 · FUTA | 1,166.92 |
| 213500 · TWC | 1,019.20 |
| 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid) - Other | 149.22 |
| **Total 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid) ...** | 6,546.74 |
| 226000 · Sales Tax Payable - DT (Sales Tax Payable - DT) | 4,546.35 |
| 227000 · Deferred Sales Tax - DT (Deferred Sales Tax - DT) | 21,491.40 |
| 230000 · Inventory Clearing (Inventory Clearing) | 11,027.58 |
| 250000 · Unearned Interest (Unearned Interest) | 404,021.63 |
| **260000 · Long Term Liabilities** |  |
| 261000 · Haskell Griffin Loan | 1,054,764.71 |
| 263000 · Plains Capital Credit Line (Note Credit Line) | 2,129,788.34 |
| **Total 260000 · Long Term Liabilities** | 3,184,553.05 |
| **Total Other Current Liabilities** | 4,036,412.58 |
| **Total Current Liabilities** | 4,077,027.90 |
| **Total Liabilities** | 4,077,027.90 |

11:59 AM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of December 31, 2024

|  | Dec 31, 24 |
|---|---|
| **Equity** | |
| 280000 · Equity | |
| 281200 · Paid in Capital | 1,232,632.54 |
| 282100 · Common Stock | 38,000.00 |
| 282300 · Treasury Stock | -599,626.00 |
| 282400 · Dividends Paid | -210,900.00 |
| **Total 280000 · Equity** | 460,106.54 |
| 283000 · Retained Earnings (Undistributed earnings of the corporation) | 229,032.79 |
| Net Income | -159,435.49 |
| **Total Equity** | 529,703.84 |
| **TOTAL LIABILITIES & EQUITY** | 4,606,731.74 |

12:16 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of April 10, 2025

|  | Apr 10, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Lockhart National Bank (First Lockhart National Bank) | |
| 101000 · Cash | 28,101.33 |
| 1012075 · PLAINS CAPITAL BANK Active | |
| 101000 · Cash - Other | -4,588.76 |
|  | -300.00 |
| **Total 101000 · Cash** | -4,888.76 |
| **Total Checking/Savings** | 23,212.57 |
| **Other Current Assets** | |
| 102000 · Employee's Advances | 1,354.72 |
| 103500 · Contract A/R Clearing (Contract A/R Clearing) | 46,406.10 |
| 104000 · Notes Receivable (Notes Receivable) | |
| 105000 · A/R Principal - DT (A/R Principal - DT) | 2,900,193.92 |
| 105100 · A/R Down Payments (A/R Down Payments) | 2,655.00 |
| 105200 · A/R Non Earning Principal (A/R Non Earning Principal) | 13,954.81 |
| 105300 · A/R Misc Fees Due (A/R Misc Fees Due) | 20.00 |
| 105400 · A/R Late Fees (A/R Late Fees) | 7,266.99 |
| 105500 · A/R Deferred Sales Tax-DT (A/R Deferred Sales Tax-DT) | 190,466.71 |
| 106000 · A/R Accrued Interest - DT (A/R Accrued Interest - DT) | 2,656.06 |
| 107000 · A/R Deferred Interest - DT (A/R Deferred Interest - DT) | 574,855.26 |
| **Total 104000 · Notes Receivable (Notes Receivable)** | 3,692,068.75 |
| 129000 · Dealer Inventory (Dealer Inventory) | 434,475.86 |
| 129500 · Inventory Improvements (Inventory Improvements) | 400.00 |
| **Total Other Current Assets** | 4,174,705.43 |
| **Total Current Assets** | 4,197,918.00 |
| **Fixed Assets** | |
| 130000 · Fixed Assets | |
| 131000 · Equipment | 244,298.89 |
| 132000 · Furniture & Fixtures | 51,237.00 |
| 133000 · Leasehold Improvements | 398,504.52 |
| 134000 · Allow Depreciation | -345,334.00 |
| **Total 130000 · Fixed Assets** | 348,706.41 |
| **Total Fixed Assets** | 348,706.41 |

12:16 PM
04/10/25
Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
As of April 10, 2025

|  | Apr 10, 25 |
|---|---|
| **Other Assets** | |
| 140000 · Goodwill | |
|   141000 · Amortization Allowance | -1,827,669.68 |
|   140000 · Goodwill - Other | 2,111,052.03 |
| **Total 140000 · Goodwill** | 283,382.35 |
| **Total Other Assets** | 283,382.35 |
| **TOTAL ASSETS** | 4,830,006.76 |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         202000 · Accounts Payable (Accounts Payable) | 56,151.15 |
|       **Total Accounts Payable** | 56,151.15 |
|       Other Current Liabilities | |
|         202100 · AP Due Others (AP Due Others) | -6,874.23 |
|         202400 · Jennifer Griffin Loan | 13,000.00 |
|         211100 · Iron Stone Floor (Floor Plan) | 202,679.66 |
|         211110 · Plains Capital Floor (Plains Capital Floor) | 85,318.02 |
|         213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid) | |
|           213100 · FWT | 605.00 |
|           213200 · SS | 1,053.80 |
|           213300 · Medicare | 326.66 |
|           213400 · FUTA | 1,460.42 |
|           213500 · TWC | 1,136.04 |
|          **Total 213000 · Payroll Liabilities (Unpaid payroll liabilities. Amounts withheld or accrued, but not yet paid) · ...** | 2,310.61 |
|         226000 · Sales Tax Payable - DT (Sales Tax Payable - DT) | 6,488.90 |
|         227000 · Deferred Sales Tax - DT (Deferred Sales Tax - DT) | 104,474.43 |
|         223000 · Inventory Clearing (Inventory Clearing) | 49,752.58 |
|         250000 · Unearned Interest (Unearned Interest) | 446,114.27 |
|         260000 · Long Term Liabilities | |
|           261000 · Haskell Griffin Loan | 1,054,764.71 |
|           263000 · Plains Capital Credit Line (Note Credit Line) | 2,129,788.34 |
|         **Total 260000 · Long Term Liabilities** | 3,184,553.05 |
|       **Total Other Current Liabilities** | 4,092,399.21 |
|     **Total Current Liabilities** | 4,148,550.36 |
|   **Total Liabilities** | 4,148,550.36 |

12:16 PM

04/10/25

Accrual Basis

# TEXAS AUTO & TRUCK, INC.
## Balance Sheet
### As of April 10, 2025

|  | Apr 10, 25 |
|---|---|
| **Equity** | |
| **280000 · Equity** | |
| 281200 · Paid in Capital | 1,232,632.54 |
| 282100 · Common Stock | 38,000.00 |
| 282300 · Treasury Stock | -599,626.00 |
| 282400 · Dividends Paid | -210,900.00 |
| **Total 280000 · Equity** | 460,106.54 |
| 283000 · Retained Earnings (Undistributed earnings of the corporation) | 69,597.30 |
| Net Income | 151,752.56 |
| **Total Equity** | 681,456.40 |
| **TOTAL LIABILITIES & EQUITY** | 4,830,006.76 |

**2023 Filing Instructions**
**Texas Auto & Truck Inc**
**Tax year ending 12-31-2023**

**Form filed:**

   Form 1120 and supplemental forms and schedules

**Filing method:**

   The corporation's return will be e-filed once the signed
   Form 8879-CORP has been received by this office. Do not mail
   this return to the IRS.

**Due date:**

   10-15-2024

**The return reflects neither a refund nor a balance due.**

FILEINST.LD

| Form **1120** | **U.S. Corporation Income Tax Return** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2023 or tax year beginning _____ , 2023, ending _____ , 20 ___ <br> Go to *www.irs.gov/Form1120* for instructions and the latest information. | **2023** |

**A** Check if:
1a Consolidated return (attach Form 851) ☐
   b Life/nonlife consoli-dated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: **Texas Auto & Truck Inc**
**Griffin Motors**
Number, street, and room or suite no. If a P.O. box, see instructions.
**8245 South US Hwy 183**
City or town, state or province, country and ZIP or foreign postal code
**Lockhart                    TX    78644**

**B** Employer identification number **74-2409969**
**C** Date incorporated **04-02-1986**
**D** Total assets (see instructions) $ **4,348,964**

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 2,762,150 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 2,762,150 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,756,633 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,005,517 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | 358,246 |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions - attach statement) · · · · · Statement #1 | 10 | 124,849 |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 1,488,612 |

**Deductions (See instructions for limitations on deductions.)**

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | 318,051 |
| 14 | Repairs and maintenance | 14 | 6,260 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 3,000 |
| 17 | Taxes and licenses · · · · · · · · · · · · · · · · · · · · · · · Wks Tax/Lic | 17 | 4,784 |
| 18 | Interest (see instructions) | 18 | 228,855 |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 32,125 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 1,000 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 32,877 |
| 25 | Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| 26 | Other deductions (attach statement) · · · · · · · · · · · · · · Statement #5 | 26 | 1,097,166 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | 1,724,118 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | (235,506) |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

**Tax, Refundable Credits, & Payments**

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | (235,506) |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached · ☒ | 34 | 0 |
| 35 | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| 36 | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: Credited to 2024 estimated tax _____ Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Haskell Griffin**                              **President**
Signature of officer          Date          Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| **CHERYL SEALE CPA** | | **10-15-2024** | | **P00411742** |

Firm's name **Cheryl Seale CPA PC**   Firm's EIN **58-2679678**
Firm's address **711 N Janes Rd**   Phone no.
**West TX 76691**   **(512) 419-1249**

For Paperwork Reduction Act Notice, see separate instructions.
EEA                                                                 Form 1120 (2023)

Form 1120 (2023)   **Texas Auto & Truck Inc**   74-2409969   Page **2**

| | Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|---|
| 1 | | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . | | See instructions | |
| 4 | | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . | | 23.3 | |
| 5 | | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . | | 26.7 | |
| 6 | | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . | | 50 | |
| 7 | | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . | | 65 | |
| 8 | | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . . | | 100 | |
| 9 | | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . . . . . | | See instructions | |
| 10 | | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . | | 100 | |
| 11 | | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . | | 100 | |
| 14 | | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . | | | |
| 17 | | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . | | | |
| 18 | | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . . . | | | |
| 19 | | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . . . . | | | |
| 20 | | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . | | | |
| 22 | | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . . | | | |
| 23 | | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . . . | | | |

EEA

Form 1120 (2023)

Form 1120 (2023)    **Texas Auto & Truck Inc**                                                      74-2409969                  Page 3

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Income tax. See instructions | 1 | 0 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | 2 | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | 3 | |
| 4 | Add lines 1, 2, and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118)  ·  5a  0 | | |
| b | Credit from Form 8834 (see instructions)  ·  5b | | |
| c | General business credit (see instructions -  attach Form 3800)  ·  5c  0 | | |
| d | Credit for prior year minimum tax (attach Form 8827)  ·  5d | | |
| e | Bond credits from Form 8912  ·  5e | | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | 0 |
| 9a | Recapture of investment credit (attach Form 4255)  ·  9a | | |
| b | Recapture of low-income housing credit (attach Form 8611)  ·  9b | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697)  ·  9c | | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866)  ·  9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902)  ·  9e | | |
| f | Interest/tax due under section 453A(c)  ·  9f | | |
| g | Interest/tax due under section 453(l)  ·  9g | | |
| z | Other (see instructions - attach statement)  ·  9z | | |
| 10 | **Total.** Add lines 9a through 9z | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0 |

**Part II - Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |
| 13 | Preceding year's overpayment credited to the current year | 13 | |
| 14 | Current year's estimated tax payments | 14 | |
| 15 | Current year's refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439  ·  20a | | |
| b | Form 4136  ·  20b | | |
| c | Reserved for future use  ·  20c | | |
| z | Other (attach statement - see instructions)  ·  20z | | |
| 21 | **Total credits.** Add lines 20a through 20z | 21 | |
| 22 | Elective payment election amount from Form 3800 | 22 | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | |

EEA                                                                                      Form 1120 (2023)

Form 1120 (2023)   **Texas Auto & Truck Inc**                                     74-2409969                    Page **4**

## Schedule K   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no.   **522220** | | |
| b | Business activity   **Sales** | | |
| c | Product or service   **Auto** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? · · · · · · · · · · · · · · · · · | | X |
| | If "Yes," enter name and EIN of the parent corporation | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) · · · · · · · · · · · | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) · · · · · | X | |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions · · · · · · | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions · · · · · · | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 · · · · · · · · · · · · · · · | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? · · · · · | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | (a) Percentage owned _____ and (b) Owner's country _____ | | |
| | (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business.  Enter the number of Forms 5472 attached ____0____ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount · · · · · · · ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year   $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ____1____ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) · · ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a)   $   **1,238,538** | | |

EEA                                                                                  Form **1120** (2023)

Form 1120 (2023)  **Texas Auto & Truck Inc**                74-2409969                    Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | | Yes | No |
|---|---|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year  . . $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions  . $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year?  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15  . . . . . . . . . . . . $ | 0 | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage:  By Vote                                          By Value | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |
| 28 | Is the corporation a member of a controlled group? . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? . . . . . . . . . . . | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)?  . . . . . . . | | X |
| b | Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| c | Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach a statement. See instructions. | | |

EEA                                                                                         Form **1120** (2023)

Form 1120 (2023)     **Texas Auto & Truck Inc**                    74-2409969        Page 6

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 207,683 | | 75,043 |
| 2a | Trade notes and accounts receivable | 3,866,071 | | 3,212,654 | |
| b | Less allowance for bad debts | ( ) | 3,866,071 | ( ) | 3,212,654 |
| 3 | Inventories | | 821,092 | | 970,388 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | Statement #8 | 1,000 | | 700 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 707,465 | | 746,631 | |
| b | Less accumulated depreciation | ( 659,159 ) | 48,306 | ( 691,284 ) | 55,347 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 2,111,052 | | 2,111,052 | |
| b | Less accumulated amortization | ( 1,968,407 ) | 142,645 | ( 2,076,220 ) | 34,832 |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 5,086,797 | | 4,348,964 |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable | | 946 | | 24,588 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | Statement #11 | 734,478 | | 694,353 |
| 19 | Loans from shareholders | | | | 1,054,765 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 3,203,386 | | 1,823,251 |
| 21 | Other liabilities (attach statement) | Statement #12 | 612,899 | | 544,839 |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 38,000 | 38,000 | 38,000 | 38,000 |
| 23 | Additional paid-in capital | | 1,232,633 | | 1,232,633 |
| 24 | Retained earnings-Appropriated (attach statement) | | | | |
| 25 | Retained earnings-Unappropriated | | (135,919) | | (252,939) |
| 26 | Adjustments to shareholders' equity (attach statement) | Statement #14 | | | (210,900) |
| 27 | Less cost of treasury stock | | ( 599,626 ) | | ( 599,626 ) |
| 28 | Total liabilities and shareholders' equity | | 5,086,797 | | 4,348,964 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | (237,022) | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | | | a | Depreciation $ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | b | Charitable contributions $ _____ | |
| a | Depreciation $ | | | | |
| b | Charitable contributions $ 670 | | | | |
| c | Travel and entertainment $ 846 | | 9 | Add lines 7 and 8 | |
| | | 1,516 | | | |
| 6 | Add lines 1 through 5 | (235,506) | 10 | Income (page 1, line 28)-line 6 less line 9 | (235,506) |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | (135,919) | 5 | Distributions: | a Cash | (90,900) |
| 2 | Net income (loss) per books | (237,022) | | | b Stock | |
| 3 | Other increases (itemize): | | | | c Property | |
| | Statement #19       29,102 | | 6 | Other decreases (itemize): | | |
| | | 29,102 | 7 | Add lines 5 and 6 | | (90,900) |
| 4 | Add lines 1, 2, and 3 | (343,839) | 8 | Balance at end of year (line 4 less line 7) | | (252,939) |

EEA                                                                      Form **1120** (2023)

| Form **1125-A** | | **Cost of Goods Sold** | | | |
|---|---|---|---|---|---|
| (Rev. November 2018) | | ▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.** | | OMB No. 1545-0123 | |
| Department of the Treasury Internal Revenue Service | | ▶ **Go to** *www.irs.gov/Form1125A* **for the latest information.** | | | |

| Name | | | Employer identification number |
|---|---|---|---|
| Texas Auto & Truck Inc | | | 74-2409969 |

| | | | | |
|---|---|---|---|---|
| 1 | Inventory at beginning of year · · · · · · · · · · · · · · · · · · · · · · | **1** | 821,092 | |
| 2 | Purchases · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **2** | 1,775,625 | |
| 3 | Cost of labor · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **3** | | |
| 4 | Additional section 263A costs (attach schedule) · · · · · · · · · · · · · | **4** | | |
| 5 | Other costs (attach schedule) · · · · · · · · · · · · · · · · Statement #7 | **5** | 130,304 | |
| 6 | **Total.** Add lines 1 through 5 · · · · · · · · · · · · · · · · · · · · · | **6** | 2,727,021 | |
| 7 | Inventory at end of year · · · · · · · · · · · · · · · · · · · · · · · | **7** | 970,388 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions · · · · · · · · · · · · · · | **8** | 1,756,633 | |

**9a** Check all methods used for valuing closing inventory:

(i) ☒ Cost

(ii) ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) · · · · · · · · · · · · · ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **9d** | | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions · · · · · · ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ Yes ☒ No

Form **3800**

Department of the Treasury
Internal Revenue Service

### General Business Credit

Go to *www.irs.gov/Form3800* for instructions and the latest information.
You must include all pages of Form 3800 with your return.

OMB No. 1545-0895

**2023**

Attachment
Sequence No. **22**

Name(s) shown on return

Texas Auto & Truck Inc

Identifying number

74-2409969

**A** Corporate Alternative Minimum Tax (CAMT) and Base Erosion Anti-Abuse Tax (BEAT). Are you both (a) an "applicable corporation" within the meaning of section 59(k)(1) for the CAMT, and (b) an "applicable taxpayer" within the meaning of section 59A(e) for the BEAT? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**Part I**    Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)

Go to Part III before Parts I and II. See instructions.

| | | | |
|---|---|---|---|
| 1 | Non-passive credits from Part III, line 2: combine column (e) with non-passive amounts from column (g). See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Passive credits from Part III, line 2: combine column (f) with passive amounts in column (g). See instructions    **2** | | |
| 3 | Enter the applicable passive activity credits allowed for 2023. See instructions . . . . . . . . . . | **3** | |
| 4 | Carryforward of general business credit to 2023. See instructions for statement to attach . . . . . . | **4** | 0 |
| | Check this box if the carryforward was changed or revised from the original reported amount  . . ☐ | | |
| 5 | Carryback of general business credit from 2024. See instructions . . . . . . . . . . . . . . . . | **5** | |
| 6 | Add lines 1, 3, 4, and 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0 |

**Part II**    Allowable Credit

| | | | |
|---|---|---|---|
| 7 | Regular tax before credits: <br> • Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16; and Schedule 2 (Form 1040), line 2. <br> • Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 1; or the applicable line of your return. <br> • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, plus any Form 8978 amount included on line 1d; or the amount from the applicable line of your return.    . . . . . . . . . | **7** | |
| 8 | Alternative minimum tax: <br> • Individuals. Enter the amount from Form 6251, line 11. <br> • Corporations. Enter the amount from Form 4626, Part II, line 13. <br> • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54.    . . . . . . . . . | **8** | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 0 |
| 10a | Foreign tax credit . . . . . . . . . . . . . . . . . **10a** | | |
| b | Certain allowable credits (see instructions) . . . . . . . **10b** | | |
| c | Add lines 10a and 10b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10c** | 0 |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | **11** | 0 |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- . . . . .    **12** | 0 | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 (line 11 for corporations) over $25,000. See instructions . . . . . . . . . . . . . . . . . . . . . .    **13** | | |
| 14 | Tentative minimum tax: <br> • Individuals. Enter the amount from Form 6251, line 9. <br> • Corporations. Enter -0-. <br> • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52.    . . . . . . . . .    **14** | | |
| 15 | Enter the greater of line 13 or line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 0 |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . | **16** | 0 |
| 17 | Enter the **smaller** of line 6 or line 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 0 |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **3800** (2023)

EEA

Form 3800 (2023)   **Texas Auto & Truck Inc**                                                        74-2409969                     Page **2**

| **Part II** | **Allowable Credit** *(continued)* |

**Note:** If you are not required to report any amounts on line 22 or line 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75). See instructions | 18 | |
| 19 | Enter the greater of line 13 or line 18 | 19 | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | 20 | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | 21 | |
| 22 | Combine the amounts from line 3 of Part III, column (e), with the sum of the non-passive activity credit amounts in Part IV, line 3, column (e) plus column (f) | 22 | |
| 23 | Passive activity credit from line 3 of Part III, column (f) plus the sum of the passive activity credit amounts in Part IV, line 3, column (e) plus column (f) . . **23** | | |
| 24 | Enter the applicable passive activity credit allowed for 2023. See instructions | 24 | |
| 25 | Add lines 22 and 24 | 25 | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | 26 | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | 27 | 0 |
| 28 | Add lines 17 and 26 | 28 | 0 |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | 29 | 0 |
| 30 | Enter the general business credit from line 5 of Part III: combine column (e) with non-passive amounts in column (g). See instructions | 30 | |
| 31 | Reserved | 31 | |
| 32 | Passive activity credits from line 5 of Part III: combine column (f) with passive amounts in column (g). See instructions  **32** | | |
| 33 | Enter the applicable passive activity credits allowed for 2023. See instructions | 33 | |
| 34 | Carryforward of business credit to 2023. Enter the amount from line 5 of Part IV, column (f), and line 6 of Part IV, column (g). See instructions for statement to attach . . . . . . . . . . . . . . . . . . . Check this box if the carryforward was changed or revised from the original reported amount . .  ☐ | 34 | 16,996 |
| 35 | Carryback of business credit from 2024. Enter the amount from line 5 of Part IV, column (e). See instructions | 35 | |
| 36 | Add lines 30, 33, 34, and 35 | 36 | 16,996 |
| 37 | Enter the **smaller** of line 29 or line 36 | 37 | 0 |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36; see instructions) as indicated below or on the applicable line of your return.<br>• Individuals. Schedule 3 (Form 1040) line 6a.<br>• Corporations. Form 1120, Schedule J, Part I, line 5c.<br>• Estates and trusts. Form 1041, Schedule G, line 2b. | 38 | 0 |

EEA                                                                                                                                 Form **3800** (2023)

Form 3800 (2023)  Texas Auto & Truck Inc                                                                74-2409969                                                        Page 3

## Part III — Current Year General Business Credits (GBCs) (see instructions). If there is more than one credit amount to report on lines 1a through 1zz, 3, or lines 4a through 4z, enter the number of items you have for that line in column (c) and complete Part V.

| (a) Current year credits from: | (b) Elective payment or transfer registration number | (c) # items | (d) Pass-through or transfer credit entity EIN | (e) Credits from non-passive activities | (f) Credits from passive activities | (g) Credit transfer election amount (enter amounts transferred out as a negative amount) | (h) Gross elective payment election amount | (i) Net elective payment election amount | (j) Combine columns (e), (f), and (g), less column (i) |
|---|---|---|---|---|---|---|---|---|---|
| 1a Form 3468, Part II | | | | | | | | | |
| b Form 7207 | | | | | | | | | |
| c Form 6765 | | | | | | | | | |
| d Form 3468, Part III | | | | | | | | | |
| e Form 8826 | | | | | | | | | |
| f Form 8835, Part II | | | | | | | | | |
| g Form 7210 | | | | | | | | | |
| h Form 8820 | | | | | | | | | |
| i Form 8874 | | | | | | | | | |
| j Form 8881, Part I | | | | | | | | | |
| k Form 8882 | | | | | | | | | |
| l Form 8864 (diesel) | | | | | | | | | |
| m Form 8896 | | | | | | | | | |
| n Form 8906 | | | | | | | | | |
| o Form 3468, Part IV | | | | | | | | | |
| p Form 8908 | | | | | | | | | |
| q Reserved (452) | | | | | | | | | |
| r Form 8910 | | | | | | | | | |
| s Form 8911, Part II | | | | | | | | | |
| t Form 8830 | | | | | | | | | |
| u Form 7213, Part II | | | | | | | | | |
| v Form 3468, Part V | | | | | | | | | |
| w Form 8932 | | | | | | | | | |
| x Form 8933 | | | | | | | | | |
| y Form 8936, Part II | | | | | | | | | |
| z Reserved | | | | | | | | | |
| aa Form 8936, Part V | | | | | | | | | |
| bb Form 8904 | | | | | | | | | |
| cc Form 7213, Part I | | | | | | | | | |
| dd Form 8881, Part II | | | | | | | | | |
| ee Form 8881, Part III | | | | | | | | | |
| ff Form 8864, line 8 | | | | | | | | | |
| gg Reserved (1gg) | | | | | | | | | |
| hh Reserved (1hh) | | | | | | | | | |
| ii Reserved (1ii) | | | | | | | | | |
| jj Reserved (1jj) | | | | | | | | | |
| zz Other credits | | | | | | | | | |
| 2 Add lines 1a through 1zz | | | | | | | | | |

Form 3800 (2023)  **Texas Auto & Truck Inc**                                          74-2409969                                          Page **4**

| **Part III** | **Current Year General Business Credits (GBCs)** (see instructions). If there is more than one credit amount to report on lines 1a through 1zz, 3, or lines 4a through 4z, enter the number of items you have for that line in column (c) and complete Part V. *(continued)* |

| (a) Current year credits from: | (b) Elective payment or transfer registration number | (c) # items | (d) Pass-through or transfer credit entity EIN | (e) Credits from non-passive activities | (f) Credits from passive activities | (g) Credit transfer election amount (enter amounts transferred out as a negative amount) | (h) Gross elective payment election amount | (i) Net elective payment election amount | (j) Combine columns (e), (f), and (g), less column (i) |
|---|---|---|---|---|---|---|---|---|---|
| **3** Form 8844 . . . . . . . . |  |  |  |  |  |  |  |  |  |
| **4** Specified credits: |  |  |  |  |  |  |  |  |  |
| **a** Form 3468, Part VI  . . |  |  |  |  |  |  |  |  |  |
| **b** Form 5884 . . . . . . . |  |  |  |  |  |  |  |  |  |
| **c** Form 6478 . . . . . . . |  |  |  |  |  |  |  |  |  |
| **d** Form 8586 . . . . . . . |  |  |  |  |  |  |  |  |  |
| **e** Form 8835, Part II  . . |  |  |  |  |  |  |  |  |  |
| **f** Form 8846 . . . . . . . |  |  |  |  |  |  |  |  |  |
| **g** Form 8900 . . . . . . . |  |  |  |  |  |  |  |  |  |
| **h** Form 8941 . . . . . . . |  |  |  |  |  |  |  |  |  |
| **i** Form 6765 ESB credit . |  |  |  |  |  |  |  |  |  |
| **j** Form 8994 . . . . . . . |  |  |  |  |  |  |  |  |  |
| **k** Form 3468, Part VII  . |  |  |  |  |  |  |  |  |  |
| **l** Reserved (4l) . . . . . |  |  |  |  |  |  |  |  |  |
| **m** Reserved (4m) . . . . . |  |  |  |  |  |  |  |  |  |
| **z** Other specified credits . |  |  |  |  |  |  |  |  |  |
| **5** Add lines 4a through 4z |  |  |  |  |  |  |  |  |  |
| **6** Add lines 2, 3, and 5 |  |  |  |  |  |  |  |  |  |

EEA                                                                                                                     Form **3800** (2023)

Form 3800 (2023)   **Texas Auto & Truck Inc**                                74-2409969                    Page **5**

| **Part IV** | **Carryovers of General Business Credits (GBCs) or Eligible Small Business Credits (ESBCs)** (see instructions) |
|---|---|

| | (a) Credits carried over to tax year 2023 | (b) Check if non-passive | (c) Year | (d) Pass-through entity EIN | (e) Credit carrybacks to current year | (f) Carryforwards (excluding ESBCs) | (g) Eligible small business credit (ESBC) carryforwards |
|---|---|---|---|---|---|---|---|
| 1a | Form 3468, Part II (coal, gasification) . . . . . | | | | | | |
| b | Form 7207 (manufacturing production) . . . . | | | | | | |
| c | Form 6765 (research) . . . . . . . . . . . . . | | | | | | |
| d | Form 3468, Part III (advanced energy) . . . . . . | | | | | | |
| e | Form 8826 (disabled access) . . . . . . . . . | | | | | | |
| f | Form 8835, Part II (renewable electricity) . . . . | | | | | | |
| g | Form 7210 (clean hydrogen) . . . . . . . . . | | | | | | |
| h | Form 8820 (orphan drug) . . . . . . . . . . . . | | | | | | |
| i | Form 8874 (new markets) . . . . . . . . . . . | | | | | | |
| j | Form 8881, Part I (pension plan startup) . . . . | | | | | | |
| k | Form 8882 (employer-provided childcare) . . . | | | | | | |
| l | Form 8864 (biodiesel and renewable diesel) . . | | | | | | |
| m | Form 8896 (low sulfur diesel fuel) . . . . . . . . | | | | | | |
| n | Form 8906 (distilled spirits) . . . . . . . . . . | | | | | | |
| o | Form 3468, Part IV (advanced manufacturing) . | | | | | | |
| p | Form 8908 (energy-efficient home) . . . . . . . | | | | | | |
| q | Reserved . . . . . . . . . . . . . . . . . . . | | | | | | |
| r | Form 8910 (alternative motor vehicle) . . . . . | | | | | | |
| s | Form 8911, Part II (alternative fuel refueling) . . | | | | | | |
| t | Form 8830 (enhanced oil recovery) . . . . . . . | | | | | | |
| u | Form 7213, Part II (zero-emission nuclear production) . | | | | | | |
| v | Form 3468, Part V (reserved) . . . . . . . . . | | | | | | |
| w | Form 8932 (differential wage) . . . . . . . . | | | | | | |
| x | Form 8933 (carbon oxide sequestration) . . . . | | | | | | |
| y | Form 8936, Part II (clean vehicle) . . . . . . . . | | | | | | |
| z | Reserved . . . . . . . . . . . . . . . . . . . | | | | | | |
| aa | Form 8936, Part V (commercial clean vehicle) . | | | | | | |
| bb | Form 8904 (oil and gas production) . . . . . . | | | | | | |
| cc | Form 7213, Part I (advanced nuclear production) | | | | | | |
| dd | Form 8881, Part II (pension auto enrollment) . . | | | | | | |
| ee | Form 8881, Part III (military spouse) . . . . . . | | | | | | |
| ff | Form 8864 (sustainable aviation fuel mixture) . | | | | | | |
| gg | Reserved . . . . . . . . . . . . . . . . . . . | | | | | | |
| hh | Reserved . . . . . . . . . . . . . . . . . . . | | | | | | |
| ii | Reserved . . . . . . . . . . . . . . . . . . . | | | | | | |
| jj | Reserved . . . . . . . . . . . . . . . . . . . | | | | | | |
| zz | Other . . . . . . . . . . . . . . . . . . . . . | | | | | | |
| 2 | **Credits for which only carryforwards are allowed:** | | | | | | |
| a | Form 5884-A (employee retention) . . . . . . . | | | | | | |
| b | Form 8586 (low-income housing) (pre-2008) . . | | | | | | |
| c | Form 8845 (Indian employment) . . . . . . . . | | | | | | |
| d | Form 8907 (nonconventional source fuel) . . . . | | | | | | |
| e | Form 8909 (energy efficient appliance) . . . . . | | | | | | |
| f | Form 8923 (mine rescue team training) . . . . . | | | | | | |
| g | Form 8834 (qualified plug-in electric vehicle) . . | | | | | | |
| h | Form 8931 (agricultural chemicals security) . . | | | | | | |
| i | Form 1065-B (GBCs from electing partnership) . | | | | | | |
| j | Form 5884 (work opportunity) (pre-2007) . . . . | | | | | | |
| k | Form 6478 (alcohol fuel) (pre-2005) . . . . . . | | | | | | |
| l | Form 8846 (employer taxes) (pre-2007) . . . . | | | | | | |

EEA                                                                                        Form **3800** (2023)

Form 3800 (2023)  **Texas Auto & Truck Inc**                                74-2409969                Page **6**

**Part IV**  Carryovers of General Business Credits (GBCs) or Eligible Small Business Credits (ESBCs)
(see instructions) *(continued)*

| (a) Credits carried over to tax year 2023 | (b) Check if non-passive | (c) Year | (d) Pass-through entity EIN | (e) Credit carrybacks to current year | (f) Carryforwards (excluding ESBCs) | (g) Eligible small business credit (ESBC) carryforwards |
|---|---|---|---|---|---|---|
| m  Form 8900 (railroad track maintenance) (pre-2008) | | | | | | |
| n  Trans-Alaska pipeline liability fund credit  . . . . | | | | | | |
| o  Form 5884-A, Section A (employers affected by Hurricane Katrina, Rita, or Wilma) . . . . . . . . . . . . . | | | | | | |
| p  Form 5884-A, Section B (Hurricane Katrina housing)  . . | | | | | | |
| q  Form 5884-A, Section A (affected Midwestern disaster area employers)  . . . . . . . . . . . . . . . . . | | | | | | |
| r  Form 5884-A, Section B (employer housing)  . . | | | | | | |
| s  Form 5884-B (new hire retention)  . . . . . . . | | | | | | |
| t  Form 8847 (contributions to community development corporations)  . . . . . . . . . . . . . . . . . | | | | | | |
| u  Form 8861 (welfare to work)  . . . . . . . . . . | | | | | | |
| v  Form 8884 (New York Liberty Zone business employee) . | | | | | | |
| w  Form 8942 (therapeutic drug)  . . . . . . . . . | | | | | | |
| yy  Other credits (see instructions) . . . . . . . . . . | | | | | | |
| zz  Add lines 1a through 1zz and 2a through 2yy  . . | | | | | | |
| 3  Form 8844 (empowerment zone) . . . . . . . . . | | | | | | |
| 4  **Specified credits:** | | | | | | |
| a  Form 3468, Part VI (energy)  . . . . . . . . . . | | | | | | |
| b  Form 5884 (work opportunity)  . . . . . . . . . . | | | | | | |
| c  Form 6478 (biofuel producer)  . . . . . . . . . . | | | | | | |
| d  Form 8586 (low-income housing) (post-2007)  . | | | | | | |
| e  Form 8835 (renewable electricity)  . . . . . . . . | | | | | | |
| f  Form 8846 (employer taxes)  . . . . . . . . . . . | | | | | | |
| g  Form 8900 (railroad track maintenance)  . . . . | | | | | | |
| h  Form 8941 (employer health insurance)  . . . . | X | 2015 | | | 16,996 | |
| i  Form 6765 ESB credit (research)  . . . . . . . | | | | | | |
| j  Form 8994 (paid family and medical leave)  . . | | | | | | |
| k  Form 3468, Part VII (rehabilitation) (post-2007)  . | | | | | | |
| l  Reserved (4l) . . . . . . . . . . . . . . . . . . | | | | | | |
| m  Reserved (4m)  . . . . . . . . . . . . . . . . . | | | | | | |
| z  Other specified credits  . . . . . . . . . . . . . | | | | | | |
| 5  Add lines 4a through 4z  . . . . . . . . . . . . | | | | | 16,996 | |
| 6  Add lines 2zz, 3, and 5 . . . . . . . . . . . . . | | | | | 16,996 | |

EEA

Form 3800 (2023)    Texas Auto & Truck Inc            74-2409969          Page 7

**Part V**   Breakdown of Aggregate Amounts on Part III for Facility-by-Facility, Multiple Pass-Through Entities, etc. (see instructions)

| (a) Line number from Part III | (b) Elective payment or transfer registration number | (c) Pass-through or transfer credit entity EIN | (d) Current year credits from non-passive activities | (e) Current year credits from passive activity before passive activity credit limitation | (f) Credit transfer election amount | (g) Gross elective payment election amount | (h) Net elective payment election amount | (i) Carryover of passive activity credit allowable in current year |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |

EEA                     Form **3800** (2023)

Form 3800 (2023)  **Texas Auto & Truck Inc**                                74-2409969                Page **8**

| **Part VI** | | **Breakdown of Aggregate Amounts in Part IV** (see instructions) | | | | | |
|---|---|---|---|---|---|---|---|
| | **(a)** Line number from Part IV | **(b)** Check if non-passive | **(c)** Year | **(d)** Pass-through entity EIN | **(e)** Credit carrybacks to current year | **(f)** Carryforwards (excluding ESBCs) | **(g)** Eligible small business credit (ESBC) carryforwards |
| 1 | 4h | X | 2015 | | | 7,093 | |
| 2 | 4h | X | 2016 | | | 9,903 | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |

EEA                                                                              Form **3800** (2023)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock
▶ Attach to Form 1120.
▶ See instructions.

OMB No. 1545-0123

Name

Texas Auto & Truck Inc

Employer Identification number (EIN)

74-2409969

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Haskell Griffin | 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 | US | 100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.
EEA

Schedule G (Form 1120) (Rev. 12-2011)

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **Attach to the corporation's tax return.** Go to *www.irs.gov/Form2220* for instructions and the latest information. | **2023** |

| Name | Employer Identification number |
|---|---|
| Texas Auto & Truck Inc | 74-2409969 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

| **Part I** | **Required Annual Payment** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Total tax (see instructions) . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 . . . . | **2a** | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method . . . . . . | **2b** | |
| c | Credit for federal tax paid on fuels (see instructions) . . . . . . . . . . . . | **2c** | |
| d | **Total.** Add lines 2a through 2c . . . . . . . . . . . . . . . . . . | **2d** | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Enter the tax shown on the corporation's 2022 income tax return. See instructions. **Caution:** If the tax is zero or the tax year was less than 12 months, skip this line and enter the amount from line 3 on line 5 . . . . . | **4** | |
| 5 | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 . . . . . . . . . . . . . . . . . . . . | **5** | |

| **Part II** | **Reasons for Filing** - Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions. |
|---|---|

| | | |
|---|---|---|
| 6 | ☐ | The corporation is using the adjusted seasonal installment method. |
| 7 | ☐ | The corporation is using the annualized income installment method. |
| 8 | ☐ | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

| **Part III** | **Figuring the Underpayment** | | | | | |
|---|---|---|---|---|---|---|
| | | | **(a)** | **(b)** | **(c)** | **(d)** |
| 9 | **Installment due dates.** Enter in columns (a) through (d) the 15th day of the 4th (**Form 990-PF filers:** Use 5th month), 6th, 9th, and 12th months of the corporation's tax year . . . . . . . . . | **9** | 04-18-2023 | 06-15-2023 | 09-15-2023 | 12-15-2023 |
| 10 | **Required installments.** If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column . . . . . . . . . . . . | **10** | 0 | 0 | 0 | 0 |
| 11 | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions . . . . . . . | **11** | | | | |
| | *Complete lines 12 through 18 of one column before going to the next column.* | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column . . . . . . | **12** | | | | |
| 13 | Add lines 11 and 12 . . . . . . . . . . . . . . . | **13** | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column . . . . . . | **14** | | 0 | 0 | 0 |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- . . . . . . | **15** | 0 | 0 | 0 | 0 |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- . . . . . . . . . . . . . . | **16** | | 0 | 0 | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 . . . . . . . . . . . . . . . . . | **17** | 0 | 0 | | 0 |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column . . . . . . . | **18** | | | | |

*Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.*

**For Paperwork Reduction Act Notice, see separate instructions.**                                   Form **2220** (2023)
EEA

Form 2220 (2023)   **Texas Auto & Truck Inc**                     74-2409969            Page **2**

**Part IV** | **Figuring the Penalty**

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. *(C corporations with tax years ending June 30 and S corporations:* Use 3rd month instead of 4th month. *Form 990-PF and Form 990-T filers:* Use 5th month instead of 4th month.) See instructions · · · · · · · · · · · **19** | 04-15-2023 | 06-15-2023 | 09-15-2023 | 12-15-2023 |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 · · · · · · · · · · · · · · · **20** | | | | |
| 21 | Number of days on line 20 after 4/15/2023 and before 7/1/2023 **21** | | | | |
| 22 | Underpayment on line 17 x $\frac{\text{Number of days on line 21}}{365}$ x 7% (0.07) **22** | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2023 and before 10/1/2023 **23** | | | | |
| 24 | Underpayment on line 17 x $\frac{\text{Number of days on line 23}}{365}$ x 7% (0.07) **24** | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2023 and before 1/1/2024 **25** | | | | |
| 26 | Underpayment on line 17 x $\frac{\text{Number of days on line 25}}{365}$ x 8% (0.08) **26** | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2023 and before 4/1/2024 **27** | | | | |
| 28 | Underpayment on line 17 x $\frac{\text{Number of days on line 27}}{366}$ x *% **28** | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2024 and before 7/1/2024 **29** | | | | |
| 30 | Underpayment on line 17 x $\frac{\text{Number of days on line 29}}{366}$ x *% **30** | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2024 and before 10/1/2024 **31** | | | | |
| 32 | Underpayment on line 17 x $\frac{\text{Number of days on line 31}}{366}$ x *% **32** | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2024 and before 1/1/2025 **33** | | | | |
| 34 | Underpayment on line 17 x $\frac{\text{Number of days on line 33}}{366}$ x *% **34** | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2024 and before 3/16/2025 **35** | | | | |
| 36 | Underpayment on line 17 x $\frac{\text{Number of days on line 35}}{365}$ x *% **36** | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 · · · · · · · · · · · · **37** | $ | $ | $ | $ |

**38** **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns · · · · · · · · · · · · · · · · · · · · · · · · · **38** $          0

*Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at *www.irs.gov.* You can also call 1-800-829-4933 to get interest rate information.

EEA                                                                                     Form **2220** (2023)

| Form **4562** | **Depreciation and Amortization**<br>**(Including Information on Listed Property)**<br>Attach to your tax return.<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172<br>**2023**<br>Attachment<br>Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Texas Auto & Truck Inc | FORM 1120 | 74-2409969 |

**Part I  Election To Expense Certain Property Under Section 179**

Note:  If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing<br>separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 . . . | **13** | | |

Note:  Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II  Special Depreciation Allowance and Other Depreciation  (Don't include listed property. See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service<br>during the tax year. See instructions. . . . . . . . . . . . . . . . . . . . . . . . | **14** | 31,333 |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . | **16** | |

**Part III  MACRS Depreciation (Don't include listed property. See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 . . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general<br>asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

**Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property #568 | | | | | | 693 |
| d  10-year property | | | | | | |
| e  15-year property | | 2,979 | 15 | HY | SL | 99 |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental<br>property | | | 27.5 yrs.<br>27.5 yrs. | MM<br>MM | S/L<br>S/L | |
| i  Nonresidential real<br>property | | | 39 yrs. | MM<br>MM | S/L<br>S/L | |

**Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

**Part IV  Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter<br>here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . | **22** | 32,125 |
| 23 | For assets shown above and placed in service during the current year, enter the<br>portion of the basis attributable to section 263A costs . . . . . . . . . . . | **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2023)

EEA

Form 4562 (2023)   **Texas Auto & Truck Inc**                          74-2409969                    Page **2**

**Part V**  **Listed Property**  (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | | ☐ Yes ☐ No | 24b If "Yes," is the evidence written? | | | ☐ Yes ☐ No | | |
|---|---|---|---|---|---|---|---|---|
| **(a)** Type of property (list vehicles first) | **(b)** Date placed in service | **(c)** Business/investment use percentage | **(d)** Cost or other basis | **(e)** Basis for depreciation (business/investment use only) | **(f)** Recovery period | **(g)** Method/ Convention | **(h)** Depreciation deduction | **(i)** Elected section 179 cost |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | **(a)** Vehicle 1 | | **(b)** Vehicle 2 | | **(c)** Vehicle 3 | | **(d)** Vehicle 4 | | **(e)** Vehicle 5 | | **(f)** Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) · · · | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year · | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?. . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | **Yes** | **No** |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners  · · · | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions  . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  **Amortization**

| **(a)** Description of costs | **(b)** Date amortization begins | **(c)** Amortizable amount | **(d)** Code section | **(e)** Amortization period or percentage | **(f)** Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 43 Amortization of costs that began before your 2023 tax year . . . . . . . . . . . . . . . . . . . . . | 43 | 107,813 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report  . . . . . . . . . . . . | 44 | 107,813 |

EEA                                                                                              Form **4562** (2023)

| | **Federal Supporting Statements** | 2023 | PG01 |
|---|---|---|---|
| Name(s) as shown on return | | Tax ID Number | |
| Texas Auto & Truck Inc | | 74-2409969 | |

### Form 1120 - Line 10 - Other Income

Statement #1

| Description | Amount |
|---|---|
| Other income | 6,440 |
| Late fees | 28,536 |
| Miscellaneous fees | 34,232 |
| Recovered Repo Expense | 4,500 |
| Gain on sale of assets | 51,141 |
| **Total** | **124,849** |

### Form 1120 - Line 26 - Other Deductions

PG01
Statement #5

| Description | Amount |
|---|---|
| Amortization | 107,813 |
| Accounting cost | 24,868 |
| Bank charges | 29,329 |
| Dues and subscriptions | 30,685 |
| Equipment rental/lease | 5,707 |
| Fuels | 25,847 |
| Liability Insurance | 23,214 |
| Meals 50% limit | 846 |
| Miscellaneous | 2,920 |
| Outside services and independent contractors | 13,297 |
| Postage/Shipping | 903 |
| Security | 960 |
| Supplies | 83,940 |
| Telephone | 10,944 |
| Travel | 2,035 |
| Utilities | 25,009 |
| Towing Fees | 1,245 |
| Referral Fees | 1,100 |
| Transport Expense | 376 |
| Customer Service Expense | 183,554 |
| Cash Over/Short | 1,087 |
| Writedowns, net | 519,046 |
| Trash disposal | 2,328 |
| Fee expense | 113 |
| **Total** | **1,097,166** |

STATMENT.LD

| **Federal Supporting Statements** | **2023** | **PG01** |
|---|---|---|

Name(s) as shown on return
Texas Auto & Truck Inc

Tax ID Number
74-2409969

### Schedule L - Line 6

Statement #8

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Employee advances | 1,000 | 700 |
| **Total** | **1,000** | **700** |

**PG01**

Statement #11

### Schedule L - Line 18

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Floor Account | 723,852 | 685,983 |
| Payroll Liabilities | (201) | (2,425) |
| Sales Tax Payable | 8,138 | 5,495 |
| AP Due Others | 1,280 | 4,500 |
| Layaway Funds | 500 | 800 |
| Credit Cards | 909 | |
| **Total** | **734,478** | **694,353** |

**PG01**

Statement #12

### Schedule L - Line 21

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Unearned Interest | 468,518 | 417,808 |
| Deferred Sales Tax | 154,307 | 127,031 |
| Inventory Clearing | (9,926) | |
| **Total** | **612,899** | **544,839** |

STATMENT.LD

| | **Federal Supporting Statements** | 2023 | PG01 |
|---|---|---|---|

Name(s) as shown on return
Texas Auto & Truck Inc

Tax ID Number
74-2409969

## Schedule L - Line 26

Statement #14

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Dividends Paid | | (210,900) |
| **Total** | | (210,900) |

## Schedule M-2 - Line 3 - Other Increases

PG01
Statement #19

| Description | Amount |
|---|---|
| PPA | 29,102 |
| **Total** | 29,102 |

## Form 1125A - Line 5 - Other Cost

PG01
Statement #7

| Description | Amount |
|---|---|
| Tags, Title, License | 130,304 |
| **Total** | 130,304 |

STATMENT.LD

| **Federal Supporting Statements** | **2023**  **PG01** |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| Texas Auto & Truck Inc | 74-2409969 |

### Form 4562 - Line 19c

Statement #568

| **Basis** | **RP** | **CV** | **Method** | **Deduction** |
|---|---|---|---|---|
| 534 | 7 | HY | 200 DB | 76 |
| 1,120 | 7 | HY | 200 DB | 160 |
| 3,200 | 7 | HY | 200 DB | 457 |
| **Total** | | | | **693** |

PG01

Statement #EL43

Section 1.263(a)-1(f) de minimis safe harbor election

Name: Texas Auto & Truck Inc
Address: 8245 South US Hwy 183, Lockhart, TX 78644
EIN: 74-2409969
Statement: Taxpayer is making the de minimis safe harbor election
under §1.263(a)-1(f).

STATMENT.LD

## CORPORATE RESOLUTION AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY PETITION OF TEXAS AUTO & TRUCK, INC.

I, Haskell Griffin, President and Chairman of the Board, hereby certifies that this Resolution of the Board of Directors for Texas Auto & Truck, Inc. (the "Company"), a corporation duly organized and existing under the laws of Texas, authorizing the Company to file a voluntary bankruptcy petition was adopted on March 12, 2025.

**WHEREAS,** it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Haskell Griffin is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that the company is authorized to employ Hayward PLLC to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Haskell Griffin is authorized to retain such other professional as he deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Haskell Griffin is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Haskell Griffin, or Jennifer Griffin as the Registered Agent to effectuate the intent of these resolutions are hereby ratified and approved.

Date: March 12, 2025

Haskell Griffin
Chairman of the Board and President
**Texas Auto & Truck, Inc.**